# In The United States District Court
# For The District of Columbia District

-------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                  Criminal No. 21-MJ-61;
                                                  21-CR-53 (CJN)

   - against -                      **NOTICE OF APPEARANCE**

**EDWARD JACOB LANG**,
                    Defendant.

-------------------------------------------------------------X

MSSRS:

**Please Take Notice** that the above-named Defendant, EDWARD JACOB LANG has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
         April 13, 2021

                                            Respectfully Submitted,

                                            /s/ *Martin H. Tankleff*
                                            _____
                                            MARTIN H. TANKLEFF, ESQ.
                                            *Attorney for Edward Jacob Lang*
                                            **Metcalf & Metcalf, P.C.**
                                            99 Park Avenue, 25th Flr.
                                            New York, NY 10016
                                            (*Office*) 646.253.0514
                                            (*Fax*) 646.219.2012
                                            (*Email*) mtankleff@metcalflawnyc.com