# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00053 (CJN) |
| : | |
| v.     : | |
| : | |
| EDWARD JACOB LANG   : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated April 27, 2021, be made part of the record in this case.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney

By:    */s/ Melissa Jackson*_____
       Melissa Jackson
       Assistant United States Attorney
       United States Attorney's Office
       555 Fourth Street, N.W.
       Washington, DC 20530
       Phone: (202) 252-7786
       Melissa.jackson@usdoj.gov