# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00053 (CJN) |
| : | |
| v. : | |
| : | |
| EDWARD JACOB LANG : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated May 18, 2021, be made part of the record in this case.

                                                        Respectfully submitted,

                                                        CHANNING D. PHILLIPS
                                                        Acting United States Attorney

By:    _/s/ Melissa Jackson_____
            Melissa Jackson
            Assistant United States Attorney
            United States Attorney's Office
            555 Fourth Street, N.W.
            Washington, DC 20530
            Phone: (202) 252-7786
            Melissa.jackson@usdoj.gov