# In The United States District Court
# For The District of Columbia District

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                              Criminal 21-CR-53 (CJN)

   - **against** -                  **NOTICE OF**
                                              **APPEARANCE**

**EDWARD JACOB LANG**,

                Defendant.

---------------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the above-named Defendant, EDWARD JACOB LANG, has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
          June 9, 2021

                                              Respectfully Submitted,

                                              /s/ *Steven Metcalf*

                                              _____
                                              STEVEN METCALF, Esq.
                                              *Attorney for Edward Jacob Lang*
                                              **Metcalf & Metcalf, P.C**.
                                              99 Park Avenue, 25th Flr.
                                              New York, NY 10016
                                              (*Office*) 646.253.0514
                                              (*Fax*) 646.219.2012
                                              (*Email*) metcalflawnyc@gmail.com