# In The United States District Court
# For The District of Columbia District

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                 Criminal 21-CR-53 (CJN)

    - **against** -                   **NOTICE OF <u>APPEARANCE</u>**

**EDWARD JACOB LANG**,

                Defendant.

---------------------------------------------------------------X

MSSRS:

    Please Take Notice that the above-named Defendant, EDWARD JACOB LANG, has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       June 9, 2021

                                                  Respectfully Submitted,

                                                  /s/ *Steven Metcalf*

                                                  _____
                                                  STEVEN METCALF, Esq.
                                                  *Attorney for Edward Jacob Lang*
                                                  **Metcalf & Metcalf, P.C**.
                                                  99 Park Avenue, 25th Flr.
                                                  New York, NY 10016
                                                  (*Office*) 646.253.0514
                                                  (*Fax*) 646.219.2012
                                                  (*Email*) metcalflawnyc@gmail.com