

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 6, 2021

VIA Email
Marty Tankleff , Esq.
mtankleff@metcalflawnyc.com

Steven Metcalf
steven@metcalflawnyc.com

Re:     *United States v. Edward Lang 21-CR-53*

Dear Defense Counsel:

The U.S. Capitol Police have arranged one new date for a crime scene walkthrough of the Capitol.  The tour date and time is **Saturday, August 14, 2021, at 1:00 p.m.**, and the tour will last approximately two hours.  If you cannot attend on August 14, please be advised that additional dates will be scheduled in the future.

If you wish to participate in the August 14 walkthrough, please email me at Melissa.jackson@usdoj.gov **and** paralegal Mariela Andrade at Mariela.Andrade@usdoj.gov, and provide the following information:
- o  Names, phone numbers and email contact information for any counsel or investigators who will be participating in the tour.
- o  Case(s), Case number(s), and AUSA assigned to each case.

The conditions of the U.S. Capitol Police for participating in the walkthrough are as follows:
- o  The tours are restricted to **counsel and one investigator**.  You may not bring **any** other guests. A paralegal or legal assistant may function as an investigator for this purpose.
- o  The public/non-public areas are identified on the attached list.  Photos are only allowed in the public areas. Any person who takes photos in the non-public areas will be asked to leave the tour and be banned from further tours.

- o   The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.
- o   Masks must be worn at all times.

With respect to transportation, please be advised that there is no parking provided. The closest metro stop is Capitol South (Blue/Orange line).

I look forward to hearing from you.

Sincerely,

CHANNING PHILLIPS
Acting United States Attorney


By:

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV


Enclosure(s):
cc:

2