AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Edward Jacob Lang

)
) Case: 1:21-mj-00061
) Assigned to: Judge G. Michael Harvey
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRAN
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Edward Jacob Lang,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(b) (Assaulting, Resisting or Impeding Certain Officers or Employees)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)

Date:  01/15/2021

Issuing officer's signature

G. Michael Harvey
2021.01.15
09:15:35 -05'00'

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 01/15/2021, and the person was arrested on *(date)* 01/16/2021
at *(city and state)*  NEWBURGH, NEW YORK.

Date:  01/17/2021

Arresting officer's signature

NATHAN RUDNICK, SPECIAL AGENT
Printed name and title

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00061 |
| Edward Jacob Lang | ) Assigned to: Judge G. Michael Harvey |
| | ) Assign Date: 1/15/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Edward Jacob Lang                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(b) (Assaulting, Resisting or Impeding Certain Officers or Employees)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)

G. Michael Harvey
2021.01.15
09:15:35 -05'00'

Date:    01/15/2021

*Issuing officer's signature*

City and state:    Washington, DC            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | 1-21-mj-00☐ |
| | 21mj626 |
| EDWARD JACOB LANG, | |
| Defendant. | |

-------------------------------------------------------------------X

Defendant, EDWARD JACOB LANG hereby voluntarily consents to participate in the following proceeding via videoconferencing and/or teleconferencing:

X      Initial Appearance Before a Judicial Officer

X      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X      Bail/Detention Hearing

X      Conference Before a Judicial Officer.


_Edward Jacob Lang /ASK with permission Steven A. Metcalf_
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Edward Jacob Lang_                          _Steven Metcalf_
Edward Jacob Lang                              STEVEN METCALF, ESQ.


This proceeding was conducted by reliable video or telephone conferencing technology.

_1/19/21_                                              _Andrew K_____
Date                                                        U.S. District Judge/U.S. Magistrate Judge

Approved: _____
BENJAMIN A. GIANFORTI
Assistant United States Attorney

Before:   HONORABLE ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :    21 Mag.00626
          -v.-                      :    RULE 5(c)(3) AFFIDAVIT
                                    :
EDWARD JACOB LANG,                  :
                                    :
              Defendant.            :
                                    :
------------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss:

      NATHAN RUDNICK, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about January 15, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Edward Jacob Lang" (the "Warrant"). The Warrant was based upon a complaint charging Edward Jacob Lang with one count of assaulting, resisting, or impeding certain officers or employees, in violation of 18 U.S.C. § 111(b); one count of engaging in civil disorder, in violation of 18 U.S.C. § 231(a)(3); one count of knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752; and one count of violent entry or disorderly conduct, in violation of 40 U.S.C. § 5104(e)(2) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

      I believe that EDWARD JACOB LANG, the defendant, who was taken into FBI custody on January 16, 2021, in the Southern District of New York, is the same individual as the "Edward Jacob Lang" who is wanted by the DDC.

1

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the FBI. I have been personally involved in determining whether EDWARD JACOB LANG, the defendant, is the same individual as the "Edward Jacob Lang" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my discussions with other members of law enforcement, I know that:

   a. EDWARD JACOB LANG, the defendant, was arrested on or about January 16, 2021, at approximately 3 p.m., in Newburgh, New York. Based on my conversations with the arresting officers, I know that they recognized LANG based on the images set forth in the Agent Affidavit and their surveillance of LANG prior to the arrest.

3. When I took LANG into custody, I also recognized him from the images in the Agent Affidavit. In addition, during his post-arrest processing, LANG confirmed his identity and provided a New York State driver's license, which confirmed that his name is Edward Jacob Lang.

WHEREFORE, deponent prays that EDWARD JACOB LANG, the defendant, be bailed or imprisoned, as the case may be.

*Nathan Rudnick* /AEK (with permission)
NATHAN RUDNICK
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: **Skype for Business / telephone**

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  21-mj-00626 |
| ) | |
| Edward Jacob Lang ) | Charging District's |
| *Defendant* ) | Case No.   1: 21-mj-00061 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _District of Columbia_ ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:   ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  January 19, 2021

_Andrew Krause_
*Judge's signature*

Andrew E. Krause, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# UNITED STATES COURTHOUSE
# 500 PEARL STREET
# NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: 1/19/21

DEFENDANT: Edward Lang

DOCKET #: 21-mj-00626

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed.:

During the initial appearance, Defendant's counsel explained that Defendant has a foot injury. Counsel described Defendant's foot as severely bruised, and explained that the injury is causing Defendant significant pain. Medical personnel at the facility should evaluate Defendant to promptly assess what treatment or medication may be necessary.

*Andrew Krause*

U.S. District / Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Southern District of New York (White Plains)
## CRIMINAL DOCKET FOR CASE #: 7:21-mj-00626-UA-1

Case title: USA v. Lang

Date Filed: 01/19/2021
Date Terminated: 01/19/2021

Assigned to: Judge Unassigned

**Defendant (1)**

**Edward Jacob Lang**
*TERMINATED: 01/19/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F----ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | |

**Plaintiff**

USA   represented by   **Benjamin Anthony Gianforti**
DOJ-USAO
300 Quarropas Street
White Plains, NY 10601
914-993-1919
Email: benjamin.gianforti@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | RULE 5(c)(3) AFFIDAVIT of Nathan Rudnick, Special Agent with the FBI, from the United States District Court - Southern District of New York, as to Edward Jacob Lang. (Signed by Magistrate Judge Andrew E. Krause on 1/19/2021) (ap) (Entered: 01/22/2021) |
| 01/19/2021 | 2 | CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE as to Edward Jacob Lang. (Signed by Magistrate Judge Andrew E. Krause on 1/19/2021) (ap) (Entered: 01/22/2021) |
| 01/19/2021 | 3 | MEDICAL ATTENTION FORM as to Edward Jacob Lang. (Signed by Magistrate Judge Andrew E. Krause on 1/19/2021) (ap) (Entered: 01/22/2021) |
| 01/19/2021 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Edward Jacob Lang. Defendant committed to the United States District Court - District of Columbia. (Signed by Magistrate Judge Andrew E. Krause on 1/19/2021) (ap) (Entered: 01/22/2021) |
| 01/19/2021 |   | Arrest (Rule 5(c)(3)) of Edward Jacob Lang. (ap) (Entered: 01/22/2021) |
| 01/22/2021 |   | RULE 5(c)(3) DOCUMENTS SENT as to Edward Jacob Lang from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with documents numbered 1-4, copies of: Rule 5(c)(3) Documents. (ap) (Entered: 01/22/2021) |