## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

                                                /s/ *Melissa Jackson*
                                                MELISSA JACKSON
                                                Assistant United States Attorney