UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-53 (CJN) |
| | : | |
| EDWARD JACOB LANG, | : | |
| Defendant. | : | |

### GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to correct two inadvertent errors in its opposition to the Defendant's bond motion.

- On page 14 of its opposition, the government stated: "LANG responded by hitting Officer T.C. with the stolen shield, first at 4:43.36 p.m., then again at 4:43.29 p.m…." It should have stated "then again at 4:43.*39* p.m."

- On page 16, the government stated that Exhibit Y was "BWC footage from one of the officers repeatedly hit with the bat." However, Exhibit Y is BWC footage from an officer *standing behind* one of the officers repeatedly hit with the bat.

Respectfully submitted,

CHANNING D. PHILLIPS

1

        Acting United States Attorney
        DC Bar No. 415793

By: *[signature]*
        **MELISSA JACKSON**
        Assistant United States Attorney
        D.C Bar Number 996787
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 815-8585
        Email: Melissa.Jackson@USDOJ.GOV