**CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

                                                  */s/ Melissa Jackson*
                                                  MELISSA JACKSON
                                                  Assistant United States Attorney