# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00053 (CJN) |
| : | |
| v. : | |
| : | |
| EDWARD JACOB LANG : | |

## NOTICE OF FILING

The government requests that the attached status report on discovery in Capitol Riot cases, dated July 20, 2021, be made part of the record in this case, as the last paragraph in page three through the remainder of the filing provide a comprehensive review of discovery efforts in Capitol Riot cases as of the date of filing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:    */s/ Melissa Jackson*
Melissa Jackson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7786
Melissa.jackson@usdoj.gov