UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**EDWARD LANG,**<br><br>    Defendant. | Case No. 1:21-cr-00053-CJN |

### NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Karen Rochlin, Assistant U.S. Attorney, hereby enters her appearance on behalf of the United States.

Dated: November 17, 2021

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov