# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 21-3066**  **September Term, 2021**

**1:21-cr-00053-CJN-1**

**Filed On: March 8, 2022** [1938291]

United States of America,

    Appellee

  v.

Edward Jacob Lang,

    Appellant

## M A N D A T E

In accordance with the judgment of January 12, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

                BY:   /s/
                       Daniel J. Reidy
                       Deputy Clerk

Link to the judgment filed January 12, 2022