UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**EDWARD JACOB LANG,**<br><br>   Defendant. | Case No. 1:21-cr-00053-CJN |

**SECOND NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

NOW COMES the United States of America, through undersigned counsel, and respectfully provides notice of the decision in *United States v. Guy Wesley Reffitt*, No. 21-cr-00032-DLF (D.D.C. May 4, 2022) (ECF 148), attached hereto, which the United States submits as supplemental authority for its response, ECF 55, to the defendant's motion to dismiss Count Nine of the Indictment, ECF 54.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

2

*/s/James I. Pearce*
James I. Pearce
Appellate Counsel to the Capitol Siege Section
United States Attorney's Office
NC Bar No. 44691
601D Street N.W.
Washington, DC 20530
James.Pearce@usdoj.gov
(202) 532-4991
