# In The United States District Court
# For The District of Columbia

------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

**Case No. 1:21-cr-00053(CJN)**

- **against** -
                                    **NOTICE OF**
                                    **WITHDRAWAL**

**EDWARD JACOB LANG**,
                        Defendant.
------------------------------------------------------------X

MSSRS:

**Please Take Notice** that the undersigned seeks to withdraw as one of the attorneys of record for the above-named Defendant, EDWARD JACOB LANG, pursuant to Local Rule of Criminal Procedure 44.5. The reason for the application is that undersigned counsel no longer works at Metcalf & Metcalf, P.C. Steve Metcalf remains counsel for the above-named defendant, and the defendant will not suffer any prejudice from this application.
.

Dated:  New York, New York
         June 8, 2022

                        Respectfully Submitted,

                        /s/ *Martin Tankleff*
                        _____
                        MARTIN TANKLEFF, ESQ.
                        BARKET EPSTEIN KEARON ALDEA &
                        LoTURCO, LLP
                        666 Old Country Road, 7th Floor
                        Garden City, NY 11530
                        (*Office*) 516-745-1500
                        (*Fax*) 516-745-1245
                        (*Email*) mtankleff@barketepstein.com