# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-53 (CJN)
)
Edward Jacob Lang )

## NOTICE OF APPEAL

Name and address of appellant:   United States of America

Name and address of appellant's attorney:   Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC  20253

Offense:   18 USC secs. 111(a)(1)&(b), sec 231 (a)(3), 1512(c)(2), 2, 1752(a)(2), (a)(4), & (b)(1)(A), 40 USC sec. 5104(e)(2)(D)&(F)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered on June 7, 2022, dismissing Count Nine

Name and institution where now confined, if not on bail:   Alexandria, VA Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| June 22, 2022 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Elizabeth H. Danello |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ✓
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?   YES ✓   NO
Has counsel ordered transcripts?   YES   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES   NO ✓