**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-53 (CJN) |
| | ) | |
| **EDWARD JACOB LANG,** | ) | |
|    **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth H. Danello is entering her appearance in the above-captioned matter.

                                                               Respectfully submitted,

                                                               MATTHEW M. GRAVES
                                                               United States Attorney

                                                               _____ /s/_____
                                                               ELIZABETH H. DANELLO
                                                               D.C. Bar #407606
                                                               Assistant United States Attorney
                                                               601 D Street, NW, Room 6.232
                                                               Washington, D.C. 20530
                                                               Elizabeth.Danello@usdoj.gov
                                                               (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 22nd day of June 2022, I have caused a copy of the foregoing Notice of Appearance to be served via ECF on counsel of record.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney