# THE UNITED STATES COURT DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 21-CR-53 (CJN) |
| EDWARD JACOB LANG, | ) |
| *Defendant.* | ) |

Defendant, Edward Jacob Lang, by and through undersigned counsel, Steven Metcalf, respectfully moves this Court for and Order and Finding that Defendant Lang has suffered the deprivation of numerous constitutionally protected due process rights throughout the course of his pre-trial detention. In addition to a finding, its respectfully requests for, inter alai, an order permitting him to possess in his cell a laptop computer so he can review all discovery and participate in his own defense, and to restrain the marshal's from threating or precluding Lang that he cannot exercise his First Amendment rights in speaking to anyone he so chooses to. Further, this application seeks an Order of dismissal of the Superseding 1 Indictment, in that, the federal district court has failed to lawfully acquire jurisdiction over the "Person" of Mr. Lang.

Respectfully Submitted,

*/s/ Steven Alan Metcalf II*
_____

STEVEN A. METCALF II, ESQ.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Flr.
New York, NY 10016
(*Office*) 646.253.0514
(*Fax*) 646.219.2012

*Counsel for Defendant Edward Jacob Lang*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

.

/s/ *Steven Alan Metcalf II*
_____

STEVEN A. METCALF II, ESQ.

*Counsel for Defendant Edward Jacob Lang*