# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     v.

EDWARD JACOB LANG,

     *Defendant.*

No. 1:21-cr-00053

## DEFENDANT LANG'S MOTION TO AMEND SCHEDULING ORDER

    Defendant, Edward Jacob Lang, by and through undersigned counsel, Steven A. Metcalf II, respectfully moves this Court to amend the Scheduling Order entered on July 5, 2022.

    The basis for this request is based on my inability to meet the current schedule, primarily because in the beginning of August 2022, my mother-in-law passed away. After her passing, my office and personal life were drastically affected, where all my wife and my cases had to be adjourned and rescheduled. Funeral services expanded from the middle to the end of August, and from the State of Maryland to New York City.

    Also during such time video legal visits are no longer being conducted. I want to personally visit Mr. Lang before such filings.

    Consequently, I am respectfully requesting that Defendant Reply brief due tomorrow on September 7, 2022 be extended to on or before **September 12, 2022**.

    Additionally, I am requesting one additional extension, which is for the "any pretrial proffer supporting a claim of self-defense, shall be filed by" **September 19, 2022**.

I have spoken with AUSA Rochlin via telephone and email, and have been informed that the United States does no object to extending Defendant's Reply deadline. With regards to "any pretrial proffer supporting a claim of self-defense", the government defers to the Court concerning its prior Order.

I thank the Court in advance for its consideration and attention on this matter.

Dated:  September 6, 2022

*/s/ Steven A. Metcalf II*
_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
*metcalflawnyc@gmail.com*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 6, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

                */s/ Steven A. Metcalf II, Esq.*
                _____
                STEVEN A. METCALF II, ESQ.
                **Metcalf & Metcalf, P.C.**
                *Attorneys for Lang*
                99 Park Avenue, 6th Floor
                New York, NY 10016
                *Phone* 646.253.0514
                *Fax* 646.219.2012
                *metcalflawnyc@gmail.com*