

**STEVEN A. METCALF II, ESQ.**, Managing Attorney***
**NANETTE IDA METCALF, ESQ.**, Managing Attorney**
**CIARRA SANTIAGO, ESQ.**, Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel**

September 12, 2022

**VIA ECF**
The Honorable Judge Carl Nichols
U. S. District and Bankruptcy Courts for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    *Re: USA v. Edward Jacob Lang,* **21-cr-0053 (CJN)**

Your Honor,

    Please accept this letter as a formal motion to extend my deadline of today on filing Defendant's Reply papers.

    I am asking for a final extension to file Defendant's Reply papers to on or before Friday September 16, 2022.

    The reasons for this request are that I just personally met with Mr. Lang yesterday, and need to review a few more issues with him as well as finalize all the exhibits we intend to use, most of which I just received yesterday.

    I spoke to AUSA Rochlin who does not oppose this request.

    I thank you in advance for your advance for your attention and consideration of this request.

    Respectfully Submitted,

    */s/ Steven A. Metcalf II*

    STEVEN A. METCALF, ESQ.

*Licensed in California
**Licensed in New York and California
***Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Flr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)