IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                  Case No.: 21CR53

EDWARD JACOB LANG

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of Robert L. Jenkins, Jr., Esq. as counsel for the defendant, EDWARD JACOB LANG, in the above styled matter.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant EDWARD JACOB LANG

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served on all counsel of record via ECF on this August 13, 2019.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant EDWARD JACOB LANG