# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

EDWARD JACOB LANG,

*Defendant*.

No. 1:21-cr-00053

### DEFENDANT LANG'S MOTION TO AMEND SCHEDULING ORDER

Defendant, Edward Jacob Lang, by and through undersigned counsel, Robert L. Jenkins, Jr., respectfully moves this Court to amend the Scheduling Order entered on July 5, 2022. In support of which, undersigned counsel states the following:

1. On or about October 7, 2022, undersigned counsel entered his appearance in this matter. Since that time, counsel has endeavored to become familiar with facts and law governing this matter in order to assist in the defense.

2. In particular, undersigned counsel in engaged in the preparation of the defendant's reply the government's motion in to preclude the defendant from raising certain defenses predicated on the 1st Amendment.

3. A brief extension of time for the defendant to file his reply would not prejudice the government.

4. A brief extension of time for the defendant to file his reply would be in the interest of justice.

5. A brief extension of time would permit undersigned counsel the opportunity to participate in the drafting of an appropriate reply.

6. Consequently, I am respectfully requesting that Defendant Reply brief which was due October 7, 2022 be extended to on or before **October 21, 2022**.

7. The government defers to the court as to whether to extend Defendant's Reply deadline.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant EDWARD JACOB LANG

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this October 14, 2022.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant EDWARD JACOB LANG