## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CASE NO. 21-CR-53 (CJN)** |
| **v.** ) | |
| ) | |
| **EDWARD JACOB LANG,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Melissa Jackson is withdrawing her appearance in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 415793

By:   /s/ *Melissa Jackson*
Melissa Jackson
D.C. Bar No. 996787
Assistant United States Attorney
601 D Street NW,
Washington, DC 20530
(202) 252-7786
Melissa.jackson@usdoj.gov