# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

v.

EDWARD JACOB LANG,

*Defendant*.

No. 1:21-cr-00053

## ORDER

This matter came on a request by the counsel for the defendant to with as counsel in the above-captioned matter.  For good reason, and without opposition, the motion is granted.

So Ordered

_____
United States District Court Judge

Entered:        _____

1