# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 21-cr-53 (CJN)** |
| : | |
| **EDWARD JACOB LANG,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING SCHEDULING ORDER

The United States of America, through undersigned counsel, respectfully seeks to provide notice as follows concerning the Court's Minute Entry dated October 24, 2022:

In that entry, the Court directed the parties to confer and prepare a joint proposed scheduling order. The United States has been unable to confer with opposing counsel. The United States drafted a proposed scheduling order which was sent to counsel to review. The United States has not received opposing counsel's input as of this writing but was able to speak briefly with defense counsel and learned that counsel is unwell. Defense counsel was advised that in an effort to comply with this Court's Minute Entry, the United States would file its own proposed scheduling order. Defense counsel agreed to this procedure. The government's proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/Karen Rochlin
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
99 N.E. 4th Street
Miami, Florida 33132

(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Atttorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov

2