UNITEDSTATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-53 (CJN) |
| : | |
| **EDWARD JACOB LANG,** : | |
| : | |
| **Defendant.** : | |

## SCHEDULING ORDER

Trial is set to begin in this matter on **May 29, 2023** at 9:00 a.m. in Courtroom 19. Jury selection will begin that day at 9:00 a.m., and will be conducted in accordance with Appendix 8 of the Continuity of Operations Plan for COVID-19, assuming that Appendix 8 remains in force. The following deadlines shall govern pretrial proceedings:

1. Counsel shall appear on **December 16, 2022** at 2:30 p.m. for a telephonic/VTC status conference.

2. The Defendant shall produce any reciprocal discovery not already disclosed by **January 20, 2023**.

3. The parties shall file any motions *in limine* and any factual proffers in support of affirmative defenses on or before **February 3, 2023**. Oppositions to motions *in limine* shall be filed by **February 24, 2023**. Any reply shall be filed by **March 3, 2023**.

4. The defendant shall file any motion seeking a change of venue by **February 17, 2023**. The United States shall file any opposition by **March 3, 2023**. Any reply shall be filed by **March 10, 2023**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief **10** days before commencement of trial. Any *Brady* material not already disclosed must be disclosed by this date.

6. The parties shall also file with the Court no later than **March 24, 2023**:

    a. <u>A neutral statement of the case</u>.  The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

    b. <u>Proposed voir dire questions</u>.  The Parties shall indicate:

        i. The *voir dire* questions on which the Parties agree; and

        ii. The *voir dire* questions on which the Parties disagree, with specific objections noted below each disputed question.

    c. <u>Proposed jury instructions</u>.  The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

        i. the instructions on which the parties agree, and

        ii. the instructions on which the parties disagree, with specific objections noted below each disputed instruction; and the proposed instruction's source, or, for modified or new instructions, supporting legal authority.  Proposed instructions may be updated as needed to reflect the evidence presented at trial.  Absent a showing of good cause, no other modifications will be permitted.

    d. <u>List of witnesses</u>.  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, including any expert witnesses, divided into the following categories:

        i. witnesses who will be called to testify at trial;

        ii. witnesses who may be called to testify at trial; and

      iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

  e. <u>Exhibit lists</u>. The Parties shall include a list of trial exhibits (including demonstratives, summaries, or other specially prepared exhibits), which includes:

      i. the exhibit number for each document;

      ii. the date of the document;

      iii. a brief description of the document;

      iv. a concise statement of the asserted basis of admissibility; and

      v. whether there is an objection to admission of the document, and if so, a concise statement of the basis for the objection.

      This list, together with numbered pre-marked copies of the exhibits, should be submitted to the Court in a separate binder.

  f. <u>Stipulations</u>. The Parties shall submit a draft of all Stipulations.

  g. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

7. The Parties will file any *Daubert* motions on or before **April 10, 2023**. Oppositions to *Daubert* motions shall be filed by **April 24, 2023**. Any reply shall be filed by **May 1, 2023**.

8. The Court will schedule hearings on any motions filed by the Parties as necessary.

9. Counsel shall appear on **May 15, 2023** at 10 a.m. for a pretrial conference in Courtroom 19. The Parties must submit to chambers a printed copy of the joint statement of the case tabbed and in a three-ring binder. The parties must submit an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by

emailing them to Chambers at Nichols_Chambers@dcd.uscourts.gov. The jury instructions section must be formatted so that each individual jury instruction begins on a new page.

*Failure to comply with this Order will be deemed a waiver of all objections to matters covered by this Order.*

DATE: _____   _____
                                                          CARL J. NICHOLS
                                                          United States District Judge