# USP LEWISBURG PRE-TRIAL LEGAL PROCEDURES

### Guidelines for Video Teleconference (VTC) Legal Visits

- VTC legal visiting will be scheduled via https://lewlegalvisit.skedda.com/booking. Visits may be scheduled Monday - Friday from 8:00 AM to 3:00 PM.

- When scheduling your visit, please provide the state and number of your attorney license in the notes section of the booking request. Once verified, you will receive an e-mail with a meeting link.  Failure to provide verification information will result in cancellation of the requested appointment.

- Failure to join a meeting within 15 minutes of the scheduled start time will result in cancellation of the meeting. Repeated incidents of failing to timely join a meeting may result in suspension of your VTC legal visiting capabilities.

- These meetings are for attorney/client purposes only. Meeting links shall not be forwarded outside of inmate legal counsel. Any attempt to include non-legal participants may result in disciplinary action against your client and termination of future attorney video visit capabilities.

- VTC visits cannot be scheduled less than 48 hours in advance. In the event safety and security or capacity concerns dictate that an appointment be modified, you will be contacted by the USP Lewisburg Legal Department to schedule an alternate time. Emergency requests may be accommodated, if possible, on a case-by-case basis.

- Inmates will have an opportunity to place legal calls through their Unit Team from 1:00 PM to 3:00 PM on Tuesdays and Wednesdays, with standard phone calls lasting fifteen (15) minutes. Additional legal calls may be accommodated on a case-by-case basis. Inmates will also have unrestricted access to the D.C. Federal Defender's Office via unmonitored telephones on their respective housing units from 6:00 AM to 9:00 PM.

- Please note, standard VTC legal visits will last one (1) hour. If you need additional time, the assistance of an interpreter, or would like to request an additional attorney participate in the visit, please include this information in the notes section of your booking request. We will attempt to accommodate requests for meetings longer than one hour as space allows.  Attempts to book back to back meetings for

(Rev. 12/2021)

the same inmate without prior notice/approval will result in cancellation of the second hour block.

## Guidelines for In-Person Legal Visiting

Visits will occur daily from 8:00 AM to 4:00 PM:

- Any visits occurring after 4:00 PM will require advance notice.

- Personal laptops and cellphones will not be permitted to enter the facility. If you require the use of a laptop to review electronic discovery, please notify staff in advance of your visit. Institution laptops will be furnished to review electronic discovery during your visit.

- Please be advised that you will not be permitted to leave materials with your client at the conclusion of your legal visit. If you wish to leave documents for your client at the conclusion of your visit, you may utilize the locked drop-box in the institution's main lobby.

- Electronic discovery that is sent to the inmate by defense counsel will require an electronic discovery authorization form prior to being mailed. This form can be obtained by e-mailing the USP Lewisburg Legal Department at [LEW-LegalSvcs@bop.gov](mailto:LEW-LegalSvcs@bop.gov). All electronic discovery must be properly labeled with the inmate's name, register number, and case number.

- Non-attorney visitors will need to complete a NCIC background check in advance of any visits. Additionally, the sponsoring attorney will need to complete an attorney attestation, which can be obtained by contacting the USP Lewisburg Legal Department.

## Electronic Discovery Materials

- Electronic discovery may only be sent on CD/DVD. Thumb drives and hard drives will not be permitted to be sent directly to inmates. All electronic discovery will be retained by the inmate.

- Prior to sending CDs/DVDs, you must complete an Electronic Discovery Authorization, a copy of which is attached. E-mail a copy of the completed form to the Legal Department at LEW-

(Rev. 12/2021)

LegalSvcs@bop.gov. The original form must be included in the package of discs, which is to be mailed directly to the inmate as special mail. If the form is not included, the mail will be rejected and returned.

- Inmate special mail must be sent in accordance with 28 C.F.R. § 540.18. The envelope must identify the inmate, the inmate's federal register number, and be marked "Special Mail – Open only in the presence of the inmate." The sender must also be identified in the return address by name and with an indication of their status as an attorney.

- Once received, the inmate's Unit Team will open the mail in the presence of the inmate and have the inmate sign to acknowledge receipt. If the inmate refuses to sign, the Unit Team staff member will complete the refusal section of the form and the mail will be returned to you.

- In cases where an external hard drive is required, you should have the Assistant United States Attorney contact the Lewisburg Legal Department to coordinate.

- Inmates can review their electronic discovery on a computer in their housing unit. Additionally, inmates with sensitive cases or those desiring additional privacy will have the opportunity to request the use of a secure discovery computer through the housing unit staff.

(Rev. 12/2021)