## Re: [EXTERNAL] Re: Edward Lang, 76480-054

**Knepper, Jennifer (BOP)**
Thu 12/1/2022 1:32 PM

To: Hoang Quan <hq801@proton.me>
Cc: metcalflawnyc@gmail.com <metcalflawnyc@gmail.com>
Bcc: Reinard, Dallas (BOP)                    ;Phelps, Maggie (BOP)

Mr. Quan,

I appreciate the amount of work that goes into litigation defense; however, we also have to ensure access to the other inmates who require legal visits and court appearances. Counsel is afforded the ability to contact inmates in writing, in person, or via telephone. Inmate Lang can also receive discovery at the facility to review at his convenience.

Until we have received the completed documentation, we cannot accommodate further video visit requests unless Mr. Metcalf or another licensed attorney is present. Please have Mr. Metcalf advise whether he will be present for the visit requests scheduled for 12/2, 12/5, 12/6, 12/7, and 12/8. Please note those visits will last one hour.

Best,

Jennifer K. Knepper
Supervisory Attorney
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Fax:

Serving FCC Allenwood, USP Canaan, USP Lewisburg, and FCI Schuylkill

---

**From:** Hoang Quan <hq801@proton.me>
**Sent:** Thursday, December 1, 2022 1:15 PM
**To:** Knepper, Jennifer (BOP)
**Cc:** metcalflawnyc@gmail.com <metcalflawnyc@gmail.com>
**Subject:** [EXTERNAL] Re: Edward Lang, 76480-054

Dear Ms. Knepper,

I understand your concerns and will get with Mr. Metcalf to provide you with my personal information for the BOP's required background checks.

Mr. Lang's legal team is up against extremely tight deadlines for motions and trial preparation. There is a mountain of evidence to wade through and investigations to be conducted on behalf of Mr. Lang. We cannot afford to forgo any preparation time with Mr. Lang leading up to his trial which is in less than six months.

I hope you understand the urgency and the volume of work that we need to push through for Mr. Lang and grant Mr. Lang the legal access that he requires.

Sincerely,

Hoang Quan

Notice: This e-mail and any files attached thereto is or may be legally privileged and confidential. It is intended solely for the addressee and may not be disclosed to or used by anyone other than the addressee. If you have received this e-mail by error, please advise the sender and delete the message immediately. You may not use, copy, or disclose to anyone the message or any information contained in the message. Thank you.

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, December 1st, 2022 at 8:24 AM, Knepper, Jennifer (BOP) wrote:

> Mr. Metcalf,
>
> I'm contacting you concerning legal video visits scheduled with inmate Edward Lang at USP Lewisburg.
>
> Our protocols permit one hour video visits daily, with requests for additional time to be submitted in advance. Hoang Quan, who states he is your Senior Paralegal and represented he was setting up video visits on your behalf, has scheduled visits with Mr. Lang daily for 3-4 hours each. Per our protocol, a copy of which is attached, the visits will only be scheduled for one hour unless approved in advance. Typically, an imminent court deadline is the reason for such an extension.
>
> Additionally, it has come to my attention that Mr. Quan is conducting these meetings without you or another attorney present. We've attempted to reach Mr. Quan at your office without success. In order for Mr. Quan to engage in legal video visits on your behalf, he will need to complete the attached NCIC before any further visits can occur. In addition, you and Mr. Quan will need to complete the attached legal representative form to permit Mr. Quan to act as your representative.
>
> Please let me know if you have any questions.
>
> Best,
>
> Jennifer K. Knepper
> Supervisory Attorney
> USP Lewisburg
> 2400 Robert F. Miller Drive
> Lewisburg, PA 17837
>
> Fax:
>
> Serving FCC Allenwood, USP Canaan, USP Lewisburg, and FCI Schuylkill