Edward Lang, #76480-054

**Knepper, Jennifer (BOP)** <[REDACTED]>
Fri 12/16/2022 2:11 PM
To: Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>
Cc: Rickard, Erik (BOP) [REDACTED] ;Ruffin, Lamont (USMS) [REDACTED] ;Haywood, Derek (USMS) [REDACTED] ;Howard, Darrin (BOP) [REDACTED]
Bcc: Berkoski, Charles (BOP) [REDACTED] ;Phelps, Maggie (BOP) [REDACTED] ;Reinard, Dallas (BOP) [REDACTED] ;Rochlin, Karen (USADC) [REDACTED] ;Bower, Joshua (BOP) [REDACTED]

Mr. Metcalf,

I want to again reiterate that attorney video visits are for attorneys and their pre-cleared staff only. The meeting link cannot be forwarded to other individuals outside of those the institution has approved and been given notice of in advance of the meeting. Doing so is no different than facilitating a third-party call, which is a disciplinary violation pursuant to BOP policy.

When scheduling a video visit, you must include all of the individuals who will be in attendance for the meeting. All attorneys must provide a valid license number and the state in which it is issued. Non-attorneys must complete the background check and we must have a record from your office verifying that the individual works for you. If anyone not previously cleared is present for a visit, the call will be terminated.

We previously became aware of an individual, Mr. Quan, who represented himself as your paralegal and scheduled several video visits with inmate Lang, purportedly on your behalf. When it was determined Mr. Quan was the only person present for the meetings, he was unable to provide the proper documentation to verify his status. Additionally, a legal video visit was recently attended by an individual named Jim Hoft, who you advised is an attorney; however, Mr. Hoft was not cleared by the institution in advance.

Please be aware that video legal visits are offered for the DC pre-trial inmates as a way to facilitate more convenient communication with legal representation; however, if it is determined that the video visitation is being abused by the inclusion of non-legal third parties, the institution reserves the right to discontinue access and only permit legal contact through the traditional methods of legal calls, written correspondence, or in-person visitation.

Jennifer K. Knepper
Supervisory Attorney
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837
[REDACTED]
Fax: [REDACTED]

Serving FCC Allenwood, USP Canaan, USP Lewisburg, and FCI Schuylkill