### Re: [EXTERNAL] Re: Edward Lang, #76480-054

**Knepper, Jennifer (BOP)** <███████████████>
Mon 12/19/2022 7:47 AM

To: Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>;Ruffin, Lamont (USMS) ███████████████
Cc: Howard, Darrin (BOP) ███████████████;Rickard, Erik (BOP) ███████████████;Roberts, Damon (USMS) ███████████████>;Rochlin, Karen (USADC) ███████████████

Mr. Metcalf,

The only BOP facility that your client has been housed in, aside from several days in NY, has been USP Lewisburg. The federal prison system is distinctly different from local jails, so I cannot account for their rules; however, I have advised you that the video link cannot be shared with other individuals without prior authorization. If you have been otherwise informed, please forward me that communication or who you spoke with so that I may address it.

USP Lewisburg requires advance notification of who will be present for a legal video visit, and if the individual is not an attorney they are required to be cleared. The same procedure as is employed for in-person legal visits is used for our video visits. This procedure is simply to ensure the integrity of the legal visit process.

I am happy to discuss further with you if you'd like.

Jennifer K. Knepper
Supervisory Attorney
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837
███████████
Fax: ███████████

Serving FCC Allenwood, USP Canaan, USP Lewisburg, and FCI Schuylkill

---

**From:** Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>
**Sent:** Friday, December 16, 2022 10:50 PM
**To:** Ruffin, Lamont (USMS) ███████████████
**Cc:** Howard, Darrin (BOP) ███████████████; Knepper, Jennifer (BOP) ███████████████; Rickard, Erik (BOP) ███████████████; Roberts, Damon (USMS) ███████████████
**Subject:** [EXTERNAL] Re: Edward Lang, #76480-054

First and foremost,

Various issues stated in this email I do not agree with (without context being provided), or were done without my knowledge, or I have been provided information to the contrary.

Ms. Knepper, I know my client is difficult and each time he is transferred facilities I call everyone I can to discuss my legal calls with him.

My legal calls with him.

The first time I received a message from you was within the last two weeks and since such time- I have done everything to rectify the situation, while finalizing an emergency motion on Mr. Lang and gearing up for the biggest trial I have ever dealt with (where jury selection is to start on 12/19). See US v. Pezzola, in front of Judge Kelly in DC District Court.

Through the many months I've set up calls with Mr. Lang, I have notified everyone I can that I have a Doctor who has to conduct his evaluations of Mr. Lang during such legal calls, and an investigator who needs to be part of these calls at times. That does not include brining on another law firm to handle this matter with me based on the voluminous time that is required to deal with Mr. Lang and his case. But that is an issue for another day. For example, Attorney Robert Jenkins from VA, was recently brought on this case for a short period and him and I attempted to deal with every issue involving Mr. Lang and Alexandria jail and the Marshals.

With that in mind, I have been told on numerous occasions (from more than one facility) that if I have the link or am on a call and have other experts, investigators, attorneys, etc. that need to be present - And I am still on the call - that prior authorization is not required.

I was specifically informed that I can share the link with such individuals and that I am to remain on the call, which I have done (or as of recently the assistant attorney, Ms. Santiago has done if I have to run back to Court). Never have I been told anything to the contrary. I have requested policies, rules, and regulations of the US Marshals to be told that such were not available to the public. This same situation has remained from Alexandria to Lewisburg. I even spoke to Ms. Phelps about this as well- who is there each time the video calls start and end.

So if there are ever infractions regarding Mr. Lang, then I am always willing to discuss such, always willing to attempt to remedy, and willing to advise my client accordingly.

> On Fri, Dec 16, 2022 at 10:09 PM Ruffin, Lamont (USMS) ███████████████████ wrote:
>
> Thank you Ms. Knepper for bringing this to my attention.
>
> I will also alert Judge Nichols. If there are individuals misrepresenting themselves attorneys, I will also need to report this matter to the District Court Chief Judge and Clerk of Court. This not the first time we have had similar issues with this defendant. Please let me know if LEW leadership decides to modify visitation as a result of further infractions.
>
> Media interviews with in-custody Pre-trial defendants are against USMS policy without prior approval from all of the following: Court, US Marshal, USAO, defendant, Defense attorney and institution's executive leadership.
>
> Best,
>
> Lamont J. Ruffin
> United States Marshal (A)
> District of Columbia (D/DC)
> ███████████████
>
> Sent from mobile - pardon any typos

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.

On Dec 16, 2022, at 2:11 PM, Knepper, Jennifer (BOP) ████████████ wrote:

Mr. Metcalf,

I want to again reiterate that attorney video visits are for attorneys and their pre-cleared staff only. The meeting link cannot be forwarded to other individuals outside of those the institution has approved and been given notice of in advance of the meeting. Doing so is no different than facilitating a third-party call, which is a disciplinary violation pursuant to BOP policy.

When scheduling a video visit, you must include all of the individuals who will be in attendance for the meeting. All attorneys must provide a valid license number and the state in which it is issued. Non-attorneys must complete the background check and we must have a record from your office verifying that the individual works for you. If anyone not previously cleared is present for a visit, the call will be terminated.

We previously became aware of an individual, Mr. Quan, who represented himself as your paralegal and scheduled several video visits with inmate Lang, purportedly on your behalf. When it was determined Mr. Quan was the only person present for the meetings, he was unable to provide the proper documentation to verify his status. Additionally, a legal video visit was recently attended by an individual named Jim Hoft, who you advised is an attorney; however, Mr. Hoft was not cleared by the institution in advance.

Please be aware that video legal visits are offered for the DC pre-trial inmates as a way to facilitate more convenient communication with legal representation; however, if it is determined that the video visitation is being abused by the inclusion of non-legal third parties, the institution reserves the right to discontinue access and only permit legal contact through the traditional methods of legal calls, written correspondence, or in-person visitation.

Jennifer K. Knepper
Supervisory Attorney
USP Lewisburg
[2400 Robert F. Miller Drive](#)
[Lewisburg, PA 17837](#)
████████████
Fax: ████████

Serving FCC Allenwood, USP Canaan, USP Lewisburg, and FCI Schuylkill

--
Steven A. Metcalf II
Metcalf & Metcalf, P.C.