United States Code Annotated
 Title 3. The President (Refs & Annos)
  Chapter 1. Presidential Elections and Vacancies (Refs & Annos)

3 U.S.C.A. § 18

§ 18. Same; parliamentary procedure at joint meeting

Currentness

While the two Houses shall be in meeting as provided in this chapter, the President of the Senate shall have power to preserve order; and no debate shall be allowed and no question shall be put by the presiding officer except to either House on a motion to withdraw.

**CREDIT(S)**

(June 25, 1948, c. 644, 62 Stat. 676; Sept. 3, 1954, c. 1263, § 3, 68 Stat. 1227.)

3 U.S.C.A. § 18, 3 USCA § 18
Current through PL 117-42.

**End of Document**  © 2021 Thomson Reuters. No claim to original U.S. Government Works.