IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 21-CR-53 (CJN) |
| EDWARD JACOB LANG, | ) |
| *Defendant*. | ) |

## LANG'S MOTION TO TRANSFER VENUE

Now comes EDWARD JACOB LANG, by and through his undersigned counsel, and moves this Court pursuant to Fed.R.Crim.P. 21(a), and the Fifth and Sixth Amendments to the United States Constitution for a change of venue to the Southern District of New York. Mr. Lang submits the attached memorandum in support of this Motion.

Dated: March 10, 2023

Respectfully Submitted,

*/s/ Steven Alan Metcalf II*

_____
STEVEN A. METCALF II, ESQ.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Flr.
New York, NY 10016
(*Office*) 646.253.0514
(*Fax*) 646.219.2012

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties to this proceeding as identified below through the court's electronic filing system as follows:

/s/

_____
STEVEN A. METCALF II
*Attorney for Edward Jacob Lang*

Dated: March 10, 2023