10/03/2023, 11:24 D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol : Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN Document 101-12 Filed 03/10/23 Page 1 of 13

HOURLY NEWS
LISTEN · LIVE
PLAYLIST

NPR 24-Hour Program Stream
On Air Now



DONATE

## Capitol Insurrection Updates

CAPITOL INSURRECTION UPDATES

# D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol

January 6, 2021 · 3:17 PM ET

 BARBARA SPRUNT



Protesters supporting President Trump break into the Capitol on Wednesday. D.C. Mayor Muriel Bowser has ordered a citywide curfew starting at 6 p.m. Wednesday.

*Win McNamee/Getty Images*

As pro-Trump extremists clash with police and breach the U.S. Capitol, Washington, D.C., Mayor Muriel Bowser has ordered a citywide curfew starting at 6 p.m. Wednesday.

"During the hours of the curfew, no person, other than persons designated by the Mayor, shall walk, bike, run, loiter, stand, or motor by car or other mode of transport upon any street, alley, park, or other public place within the District," her statement reads.

The curfew will last until 6 a.m. on Thursday.



**Mayor Muriel Bowser** ✓
@MayorBowser · Follow

Today, I'm ordering a citywide curfew for the District of Columbia from 6:00 p.m. on Wednesday, January 6, until 6:00 a.m. on Thursday, January 7.

2:31 PM · Jan 6, 2021

Read the full conversation on Twitter

♥ 8.9K    💬 Reply    ↑ Share

Read 2.2K replies

It does not apply to essential workers, including media with outlet-issued credentials.

The curfew comes after thousands of Trump's supporters and far-right rioters stormed the Capitol, prompting the House and Senate to swiftly go into recess as Capitol Police locked down the building.

Their action was in response to a joint session being held in Congress to ratify President-elect Joe Biden's Electoral College win over Trump. Various Republican lawmakers are objecting to the Electoral College results.

Trump addressed his supporters on Wednesday. After his speech, many of his supporters pushed past barriers erected on the U.S. Capitol, yelling, "Whose Capitol? Our Capitol," as NPR's Hannah Allam reports.

## More Stories From NPR



**INVESTIGATIONS**
**Lawyers For 18-Year-Old Capitol Rioter Want Him Released To His Parents**



**POLITICS**
# Architect Of The Capitol Outlines $30 Million In Damages From Pro-Trump Riot



**INVESTIGATIONS**
# Justice Department Charges Suspected Oath Keepers In Plot To Attack The Capitol

10/03/2023, 11:24 D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol : Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN   Document 101-12   Filed 03/10/23   Page 5 of 13



**NATIONAL**
**Capitol Police Suspends 6 Officers, Investigates Dozens More After Capitol Riots**



**NATIONAL**
**U.S. Judge Grants Accused Rioter's Request To Vacation In Mexico**

10/03/2023, 11:24 D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol : Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN Document 101-12 Filed 03/10/23 Page 6 of 13



POLITICS
**Acting Capitol Police Chief Promises 'Significant' Changes Following Deadly Riot**

# Popular on NPR.org



**EUROPE**
**Russia is firing hypersonic missiles into Ukraine that are nearly impossible to stop**



**CULTURE**
**Adults complained about a teen theater production and the show's creators stepped in**



**POLITICS**
**Biden unveils his budget plan in a campaign-style speech. Here's what is in it**



ANIMALS
**A wild cat was found in Cincinnati with cocaine in its system. No, it's not a movie**



POLITICS
**Mitch McConnell hospitalized with a concussion after a fall**

10/03/2023, 11:24 D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol: Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN Document 101-12 Filed 03/10/23 Page 9 of 13



HEALTH
**These 6 tips can help you skip the daylight saving time hangover**

## NPR Editors' Picks



SPORTS
## Mikaela Shiffrin ties the record for most alpine skiing World Cup race wins



MEDIA
## Fox Corp CEO praises Fox News leader as network faces $1.6 billion lawsuit



TECHNOLOGY
## Does the 'Bold Glamour' filter push unrealistic beauty standards? TikTokkers think so



**NATIONAL**
**On a day when everything felt like a struggle, kind words brightened this mom's mood**



**ECONOMY**
**The job market slowed last month, but it's still too hot to ease inflation fears**



**MIDDLE EAST**
## Iran and Saudi Arabia agree to resume relations after years of tension

## Capitol Insurrection Updates

| READ & LISTEN | CONNECT |
| --- | --- |
| Home | Newsletters |
| News | Facebook |
| Culture | Twitter |
| Music | Instagram |
| Podcasts & Shows | Press |
| | Contact & Help |

| ABOUT NPR | GET INVOLVED |
| --- | --- |
| Overview | Support Public Radio |
| Diversity | Sponsor NPR |
| Accessibility | NPR Careers |
| Ethics | NPR Shop |

**Finances**

**Public Editor**

**Corrections**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2023 npr