POLITICS

# Images show National Guard deployment to secure the U.S. Capitol after riots

PUBLISHED WED, JAN 13 2021•11:17 AM EST    UPDATED WED, JAN 13 2021•2:52 PM EST

**Valerie Block**
@VALERIEBLOCK

**Adam Jeffery**
@AJEFFERYPHOTO

WATCH LIVE

## KEY POINTS

- The National Guard was called in to protect the Capitol in the days after pro-Trump rioters rampaged through the building.

- The House of Representatives is proceeding Wednesday with its second impeachment of President Donald Trump.





The National Guard was called in to protect the Capitol in the days after pro-Trump rioters rampaged through the building. The attack, which came during a joint session of Congress to confirm Joe Biden's 2020 electoral victory, shook the nation and left at least five people dead. The House of Representatives is now proceeding with its second impeachment of President Donald Trump for inciting the insurrection.

A member of the National Guard mounts guard near the U.S. Capitol building, as the House of Representatives debates impeaching U.S. President Donald Trump a week after his supporters stormed the Capitol building in Washington, U.S., January 13, 2021.
*Brandon Bell | Reuters*

## Speaker Pelosi addresses National Guard outside U.S. Capitol



**Members of the National Guard gather at the U.S. Capitol as the House of Representatives prepares to begin the voting process on a resolution demanding U.S. Vice President Pence and the cabinet remove President Trump from office, in Washington, January 12, 2021.**
*Erin Scott | Reuters*

## Guardsmen receive weapons



## Armed members of the Guard

**Members of the National Guard are given weapons before Democrats begin debating one article of impeachment against U.S. President Donald Trump at the U.S. Capitol, in Washington, U.S., January 13, 2021.**
*Joshua Roberts | Reuters*

## A guardsman checks firearms outside the Capitol



## Guard members move boxes of food

**Members of the National Guard move boxes of food at the U.S. Capitol as Democratic members of the House prepare an article of impeachment against U.S. President Donald Trump in Washington, U.S., January 12, 2021.**
*Joshua Roberts | Reuters*

## Guardsmen move around the grounds of the Capitol



## Members of the Guard rest in the Rotunda

Members of the National Guard rest in the Rotunda of the U.S. Capitol building in Washington, D.C., U.S., on Wednesday, Jan. 13, 2021.
*Sarah Silbiger | Bloomberg | Getty Images*

## Guardsmen rest inside the Capitol



## Guardsmen walk near a row of riot shields and body armor laid out on the Capitol lawn

Members of the National Guard stand in front of riot shields and body armor on the lawn of the U.S. Capitol in Washington, D.C., U.S., on Wednesday, Jan. 13, 2021.
*Sarah Silbiger | Bloomberg | Getty Images*

## Members of the Guard rest in the Capitol Visitors Center



## Guard members sleep on the floor of the Capitol

Members of the National Guard rest in the Capitol Visitors Center on Capitol Hill in Washington, DC, January 13, 2021, ahead of an expected House vote impeaching US President Donald Trump.
*Saul Loeb | AFP | Getty Images*

## Guardsmen sleep in a stairwell of the Capitol



## House Majority Leader Steny Hoyer, D-Md., walks past members of the Guard as they rest on the Capitol floor

House Majority Leader Steny Hoyer, Democrat of Maryland, walks past members of the National Guard as he arrives at the U.S. Capitol in Washington, D.C., Jan. 13, 2021, ahead of an expected House vote impeaching U.S. President Donald Trump.
*Saul Loeb | AFP | Getty Images*

## Rep. Brian Mast, R-Fla., leads a tour for Guard members



## A Guardsman stands in front of the Capitol

Members of the National Guard gather at the U.S. Capitol as the House of Representatives prepares to begin the voting process on a resolution demanding U.S. Vice President Pence and the cabinet remove President Trump from office, in Washington, January 12, 2021.
*Erin Scott | Reuters*

## Guard members seen through windows damaged during the insurrection at the Capitol





## Squawk on the Street

**WATCH IN THE APP**

UP NEXT | **Fast Money Halftime** 12:00 pm ET

## TRENDING NOW


Silicon Valley Bank Financial in talks to sell itself after attempts to raise capital have failed, sources say


They moved abroad hoping to save money — here's what they found out


29-year-old nurse got a 'once-in-a-lifetime opportunity' to make $187K and work only 9 months a year


Silicon Valley Bank drops another 60% and is halted, as pressure mounts on banking sector





5  Ukraine reels from hypersonic missile attacks; Wagner possibly taking 'tactical pause' in Bakhmut

Sponsored Links by Taboola

**FROM THE WEB**

**Amazon Hates When Prime Members Do This, But They Can't Stop You**
Online Shopping Tools

**Silence Tinnitus by Doing This Once Daily - It's Genius**
Healthy Guru



| Subscribe to CNBC PRO | Licensing & Reprints |
| CNBC Councils | Select Personal Finance |
| CNBC on Peacock | Join the CNBC Panel |
| Supply Chain Values | Select Shopping |
| Closed Captioning | Digital Products |
| News Releases | Internships |
| Corrections | About CNBC |
| Ad Choices | Site Map |
| Podcasts | Careers |
| Help | Contact |

     

**News Tips**




**GET IN TOUCH**

**Advertise With Us**

**PLEASE CONTACT US**

## ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by

