# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## Texas



# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## New York



# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## South Dakota



# Google Search Keyword January 6th Riots

## Washington DC



## New York



# Google Search Keyword January 6th Riots

## Washington DC



## Texas

# Google Search Keyword January 6ᵗʰ Riots

## Washington DC

## Pennsylvania



# Google Search Keyword January 6th Riots

## Washington DC



## California