# Bing Search Keyword .
# Jake Lang January 6th Capitol Riots

## Washington DC                                    ## South Dakota



# Bing Search Keyword .
# Jake Lang January 6th Capitol Riots

## Washington DC



## Texas



# Bing Search Keyword .
# Jake Lang January 6th Capitol Riots

### Washington DC

### Pennsylvania

