

# Search Term Insurrection

- Peak Dates: June 5th – 11th 2022 / Jan. 1st – 7th 2023

- Top 5 Regions: District of Columbia, Delaware, Pennsylvania, South Dakota, and Alaska

- Top 5 Related topics: Rebellion, January 6th, Definition, January, and Hearing

- Top 5 Related Queries: the insurrection, definition, definition insurrection, Jan. 6 insurrection, and Jan. 6

- Google Trend Link: https://trends.google.com/trends/explore?geo=US&q=insurrection&hl=en-US

Google Trend Dropdown

