UNITEDSTATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-53 (CJN) |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant. : | |

# ORDER

This matter is before the Court on the motion of the United States to amend this Court's prior scheduling order. *See* ECF 90 and February 24, 2023 Minute Order. After consideration of the government's motion and earlier representations from the defense, it is hereby

ORDERED that the government's motion is GRANTED, and this Court's scheduling order is amended as follows:

The defendant shall file any motion seeking a continuance of the March 30, 2023 trial date on or before April 26, 2023; and

The United States is relieved of its obligation to file a Joint Pretrial Statement until further order of this Court.


DATE: _____        _____
                                    CARL J. NICHOLS
                                    United States District Judge