# EXHIBIT Q

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-mj-411 (ZMF) |
| | ) | |
| Daniel Lyons Scott, *defendant.* | ) | |

ORDER

Upon good cause shown in Defendant's Unopposed Motion for Bond Review and based on the lack of opposition from the United States or the Pretrial Services Agency as well as the most recent Pretrial Compliance Report (ECF No. 13) which indicates that Defendant is in compliance with his release conditions, it is hereby

ORDERED, that Defendant's release condition of home detention is hereby VACATED, and it is further

ORDERED, that Defendant must observe a curfew and remain at his residence during the hours of 10 o'clock p.m. until 6 o'clock a.m. daily. In other words, Defendant's Order Setting Conditions of Release (ECF No. 12) is modified such that the check mark next to condition 7(p)(ii) is removed, and a check mark is added next to condition 7(p)(i). All other conditions of Defendant's release remain the same.

Robin M. Meriweather
2021.07.13 16:12:51
-04'00'

Robin M. Meriweather,
U.S. Magistrate Judge
U.S. District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
   6300 Orchid Drive
   Bethesda, MD 20817-5614
   By ECF

   William K. Dreher, Esq.
   U.S. Attorney's Office for the Western District of Washington
   700 Stewart Street - Suite 5220
   Seattle, Washington 98101
   By ECF