UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-00053 (CJN) |
| v.  : | |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant.  : | |

### UNITED STATES' UNOPPOSED MOTION TO AMEND
### REVISED SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to amend its Revised Scheduling Order, ECF 111, and to extend the deadline for submission of the Joint Pretrial Statement. A proposed order is attached.

### RELEVANT PROCEDURAL HISTORY

For his role in the January 6, 2023 attack on the United States Capitol, a superseding indictment, ECF 36, charges Lang with multiple serious felonies, including several assaults on federal officers. The Court has set Lang's trial for October 10, 2023, and entered a scheduling order specifying certain pre-trial deadlines, including the filing of a Joint Pretrial Statement ("JPS"). ECF 111. The current deadline for filing the JPS is August 11, 2023. *Id.*

The prosecution has had multiple lengthy communications with the defense counsel over the last several months. Those communications have addressed (1) the re-production of discovery materials previously disclosed to and received by the defense, and (2) various pre-trial motions that the defense has filed or has contemplated filing. On or about July 31, 2023, the government contacted opposing counsel concerning the JPS. The JPS this Court has ordered requires the parties to prepare a neutral statement of the case, to identify proposed voir dire questions (and

specify which question any party agrees with or objects to along with the grounds for any such objection), to submit proposed jury instructions (and indicate the parties' agreement or disagreement with each such proposed instruction), to exchange witnesses lists, and to prepare and file exhibit lists and any stipulations. During this conversation, defense counsel indicated that he was not prepared to discuss the substance of the JPS with the government and would need to seek a continuance of the August 11 JPS filing date.

During the July 31 conversation, defense counsel considered seeking an extension of approximately five weeks to submit the JPS.  Defense counsel also advised that he would be filing a motion seeking the defendant's temporary release and that he would include the need for more time to prepare the JPS in that motion. On August 3, 2022, counsel filed the motion seeking release, ECF 115. That motion referenced the defense's need for more time to prepare for trial. ECF 115 at 15. Although counsel alerted the Court to the defendant's need for more time to prepare, the motion did not seek an extension or other relief from the August 11 deadline for the JPS. Instead, the motion referenced an ongoing need for the defendant to assist defense counsel in "obtaining all his trial witnesses and trial exhibits." ECF 115 at 4, n.1. On August 3, 2023, the defense also filed a motion concerning discovery referencing the need for additional time to prepare trial materials and evidence. *See* ECF 114 at 3 n.1. The discovery motion did not seek relief from the August 11 deadline. This Court ordered the United States to file a Consolidated Response to the Defendant's two motions by August 9, 2023.  August 3, 2023 Minute Order. The United States filed its Consolidated Response on August 9. ECF 116.

On August 10, 2023, the prosecution was again able to speak with defense counsel. Explaining that it would impact the preparation of jury instructions, defense counsel advised that he was seeking to retain a particular expert witness and that he would be seeking a jury instruction

addressing self-defense or defense of others. Defense counsel also proposed extending the deadline for the JPS in a bifurcated fashion, with proposals for a neutral statement of the case, voir dire, jury instructions, and a proposed verdict form to be submitted on or before August 25, 2023, and exhibit and witness lists and any stipulations to be submitted on or before September 18, 2023.

## ARGUMENT

In light of defense counsel's present inability to confer about the specifics or substance of the JPS with the government, the United States anticipates that it will not be able to submit a JPS that is filed jointly or that is based on any meaningful discussion with opposing counsel by the current deadline. Consistent with his prior representations to government counsel as well as the tenor of the emergency motions, defense counsel does not oppose an extension of the JPS filing deadline. Some postponement of the August 11, 2023 deadline appears to be practical. If this Court is inclined to grant another extension so that the parties can confer meaningfully, the government respectfully submits that the JPS can be completed by September 18, 2023 without impacting or necessitating any change to the scheduled trial date in this case. The United States does not intend to seek further extensions for the JPS and will seek leave to file a Pretrial Statement unilaterally if counsel are unable to confer in the future.

//
//
//
//
//
//

WHEREFORE, the United States respectfully moves this Court to extend and bifurcate deadlines for the JPS, making proposed voir dire, jury instructions, a verdict form, and a neutral statement of the case due on August 25, 2023 and making exhibit and witness lists and stipulations due on September 18, 2023.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

By:    s/Karen Rochlin
                Karen Rochlin
                Assistant U.S. Attorney Detailee
                DC Bar No. 394447
                99 N.E. 4th Street
                Miami, Florida 33132
                (786) 972-9045
                Karen.Rochlin@usdoj.gov

                Craig Estes
                Assistant U.S. Attorney Detailee
                MA BBO No. 670370
                John Joseph Moakley Federal Courthouse
                1 Courthouse Way
                Boston, MA 02210
                (617) 748-3100
                craig.estes@usdoj.gov