# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-53 (CJN) |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant. : | |

## JOINT PRETRIAL STATEMENT

Pursuant to this Court's Revised Pretrial Scheduling Order, ECF 118, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and undersigned counsel, submit this Joint PreTrial Statement, consisting of the following attached documents: a neutral statement of the case, Joint Proposed Voir Dire Questions, and Joint Proposed Jury Instructions, each of which is attached hereto.

Respectfully submitted,

FOR THE UNITED STATES:                          FOR THE DEFENSE:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

  /s/                                                                      /s/
Karen Rochlin                                                   Steven A. Metcalf, II Esq.
DC Bar No. 394447                                           Metcalf & Metcalf, P.C.
Capitol Riot Detailee                                         99 Park Avenue, 6th Floor
99 N.E. 4th Street                                              New York, New York 10016
Miami, Florida 33132                                        (646) 253-0514
karen.rochlin@usdoj.gov                                 metcalflawnyc@gmail.com
(786) 972-9045

                                                                               Norman A. Pattis
Craig Estes                                                          Pattis & Smith, LLC
Assistant U.S. Attorney Detailee                       383 Orange Street
John Joseph Moakley Federal Courthouse       New Haven, Connecticut
1 Courthouse Way                                             (203) 393-3017
                                                                               (203) 393-9745 (fax)
                                                                               npattis@pattisandsmith.com

Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov