UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-53 (CJN) |
| : | |
| **EDWARD JACOB LANG,** : | |
| : | |
| Defendant. : | |

**PROPOSED STATEMENT OF THE CASE**

Pursuant to this Court's Revised Scheduling Order, ECF 118, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, submit the following Statement of the Case. The parties have agreed on the language below except for the italicized portion in the final paragraph to which the United States objects.

This is a criminal case. The United States has charged the defendant, Edward Jacob Lang, with a number of offenses arising from events at the United States Capitol on January 6, 2021, the day on which, according to law, Congress sat in a Joint Session with the Vice President presiding to certify the results of the Electoral College vote for the 2020 presidential election. The United States alleges that within a restricted area of the Capitol and its grounds, defendant Lang forcibly assaulted officers, at times with a deadly or dangerous weapon, inflicted bodily injury, obstructed officers during a civil disorder, [obstructed an official proceeding,] and engaged in various forms of disorderly, disruptive and violent conduct within the restricted area or within the Capitol building and its grounds.

Mr. Lang, who is presumed innocent, denies these charges and has accordingly pled not guilty to each of them. *Mr. Lang contends that he was engaged in lawful protest and was caught up in what rapidly became a riot.* He has requested a jury trial.

FOR THE UNITED STATES:

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:

    s/
    Karen Rochlin
    DC Bar No. 394447
    Capitol Riot Detailee
    99 N.E. 4th Street
    Miami, Florida 33132
    karen.rochlin@usdoj.gov
    (786) 972-9045

    Craig Estes
    Assistant U.S. Attorney Detailee
    John Joseph Moakley Federal Courthouse
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3100
    Email: craig.estes@usdoj.gov

FOR THE DEFENSE:

    s/
    Steven A. Metcalf, II Esq.
    Metcalf & Metcalf, P.C.
    99 Park Avenue, 6th Floor
    New York, New York 10016
    (646) 253-0514
    metcalflawnyc@gmail.com

    Norman A. Pattis
    Pattis & Smith, LLC
    383 Orange Street
    New Haven, Connecticut
    (203) 393-3017
    (203) 393-9745 (fax)
    npattis@pattisandsmith.com