UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-53 (CJN) |
| EDWARD JACOB LANG | |

**GOVERNMENT'S PROPOSED VERDICT FORM**

We, the members of the jury, find defendant **Edward Jacob Lang**, as to:

**Count 1:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____      _____
Guilty                                                             Not Guilty

**Count 2:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____      _____
Guilty                                                             Not Guilty

**Count 3:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____      _____
Guilty                                                             Not Guilty

**Count 4:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____      _____
Guilty                                                             Not Guilty

**Count 5:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____                                   _____
Guilty                                                              Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the following offense:

> **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                   _____
Guilty                                                              Not Guilty

**Count 6:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____                                   _____
Guilty                                                              Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the following offense:

> **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                   _____
Guilty                                                              Not Guilty

**Count 7:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon or with Bodily Injury**

_____                           _____
Guilty                                            Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the following offense:

>**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                           _____
Guilty                                            Not Guilty

**Count 8:    Obstructing Law Enforcement Officers During a Civil Disorder**

_____                           _____
Guilty                                            Not Guilty

**Count 9:    Obstruction of An Official Proceeding**

_____                           _____
Guilty                                            Not Guilty

**Count 10:   Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                           _____
Guilty                                            Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the following lesser included offense:

>**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                           _____
Guilty                                            Not Guilty

**Count 11:   Engaging in an Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                                    _____
Guilty                                                    Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the following lesser included offense:

> **Engaging in an Act of Physical Violence in a Restricted Building or Grounds**

_____                                    _____
Guilty                                                    Not Guilty

**Count 12:** **Disorderly or Disruptive Conduct within the United States Capitol Grounds or Any Capitol Building**

_____                                    _____
Guilty                                                    Not Guilty

**Count 13:** **Engaging in an Act of Physical Violence within the United States Capitol Grounds or Any Capitol Building**

_____                                    _____
Guilty                                                    Not Guilty

Signed this \_\_\_ day of _____, 2023.

_____
Foreperson