UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>Defendant. | Case No. 1:21-cr-00053-CJN |

**SUPPLEMENT TO GOVERNMENT'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANT LANG'S EMERGENCY MOTION FOR A PHONE CONFERENCE REGARDING EXTENDED COMPUTER TIME AND ACCESS TO DISCOVERY AND MOTION TO RENEW AND RECONSIDER HIS REQUEST FOR IMMEDIATE <u>TEMPORARY RELEASE ON AN EXPEDITED BASIS</u>**

The United States of America, through undersigned counsel, respectfully supplements its Consolidated Response in Opposition to Defendant Lang's Emergency Motion for a Phone Conference Regarding Extended Computer Time and Access to Discovery and Motion to Renew and Reconsider His Request for Immediate Temporary Release on an Expedited Basis, ECF 116, as follows:

On August 31, 2023, the United States received notice that on that defendant Lang "has been issued a laptop today to view his discovery (3 hard-drives w/connector cords)."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov


Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov