UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-00053 (CJN) |
| v. : | |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant. : | |

## UNITED STATES' UNOPPOSED MOTION TO AMEND
## REVISED SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to amend its Revised Scheduling Order. ECF 118.

On August 25, 2023, the parties filed a joint pretrial statement, which included a neutral statement of the case, proposed voir dire questions, proposed jury instructions, and a proposed verdict form. ECF 119.

During the video status conference held on December 18, 2023, and at defendant Edward Jacob Lang's ("Lang") request, the Court scheduled jury trial in this matter for September 9, 2024. The Court directed the parties to file a proposed pretrial schedule to reflect that new trial date no later than January 12, 2024. The government prepared the attached proposed order, which counsel for Lang has reviewed and approved.

//

//

//

//

//

WHEREFORE, the United States respectfully moves this Court amend the pre-trial schedule for this case as set forth in the attached Revised Scheduling Order.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

By:    s/Karen Rochlin
               Karen Rochlin
               Assistant U.S. Attorney Detailee
               DC Bar No. 394447
               99 N.E. 4th Street
               Miami, Florida 33132
               (786) 972-9045
               Karen.Rochlin@usdoj.gov

               Craig Estes
               Assistant U.S. Attorney Detailee
               MA BBO No. 670370
               John Joseph Moakley Federal Courthouse
               1 Courthouse Way
               Boston, MA 02210
               (617) 748-3100
               craig.estes@usdoj.gov