**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-cr-00053 (CJN)** |
| **v.** | **:** | |
| | **:** | |
| **EDWARD JACOB LANG,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

This matter is before the Court on the unopposed motion of the United States to amend this Court's prior revised scheduling order. *See* ECF 118 (August 11, 2023). After consideration of the government's unopposed motion and representations from the defense at the status hearing held on December 18, 2023, it is hereby

ORDERED that the government's motion is GRANTED, and this Court's scheduling order is amended as follows:

The Parties shall file with the Court any remaining motions *in limine* by **May 17, 2024**. Oppositions to motions *in limine* shall be filed by **May 31, 2024**. Replies shall be filed by **June 7, 2024**. Prior to filing any pretrial motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

The Parties shall make full disclosure of proposed expert witnesses and their proposed testimony to opposing counsel on or before **July 15, 2024**. The Parties shall make full disclosure of rebuttal expert witnesses and their proposed testimony to opposing counsel on or before **July 29, 2024**. The Parties shall file any *Daubert* motions on or before **August 12, 2024**. Oppositions to *Daubert* motions shall be filed by **August 19, 2024**. Any reply shall be filed by **August 26, 2024**.

The United States shall notify Defendant of its intention to introduce any Rule 404(b)

evidence not already disclosed on or before **August 12, 2024**.

By **August 12, 2024**, the Parties shall file with the Court, if not previously filed or if there are revisions to such prior filings:

a) <u>A neutral statement of the case</u>: The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

b) <u>Proposed *voir dire* questions</u>: The Parties shall indicate –

      i. the *voir dire* questions that the Parties agree to; and

      ii. the *voir dire* questions that the Parties disagree on, with specific objections noted as to each disputed question.

c) <u>Proposed jury instructions</u>: The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

      i. the instructions that the Parties agree to; and

      ii. the instructions that the Parties disagree on, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted.

d) <u>Proposed verdict form</u>: The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

By **August 19, 2024**, the parties shall file with the Court:

a)  <u>List of witnesses</u>: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, including any expert witnesses, divided into the following categories:

> i. witnesses who will be called to testify at trial;
>
> ii. witnesses who may be called to testify at trial; and
>
> iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

The Court will read the list of witnesses to the jury during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

b)  <u>Exhibit lists</u>: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting Party shall bring three copies of any contested exhibit to the Pretrial Conference.

c)  <u>Stipulations</u>: The Parties shall submit a draft of all stipulations.

In addition to filing the Joint Pretrial Statement, no later than **August 12, 2023**, the Parties must submit a printed copy of the Joint Pretrial Statement tabbed an in a three-ring binder. The parties must also submit an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by emailing them to Chambers at

**Nichols_Chambers@dcd.uscourts.gov**. The jury instructions section must be formatted so that each individual jury instruction begins on a new page.

The United States should endeavor to make grand jury and Jencks Acts disclosures as to each witness it expects to call in its case-in-chief by **September 2, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.


DATE: _____        _____
                                             CARL J. NICHOLS
                                             United States District Judge