UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>   *Defendant*. | Criminal Action No. 1:21-cr-53 (CJN) |

**SCHEDULING ORDER**

Trial shall commence in this matter on **September 9, 2024**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file any remaining pretrial motions (including motions *in limine*) on or before **May 17, 2024**; oppositions shall be filed on or before **May 31, 2024**; and replies shall be filed on or before **June 7, 2024**.

2. The Parties shall make full disclosure of proposed expert witnesses and their proposed testimony to opposing counsel on or before **July 15, 2024**. The Parties shall make full disclosure of rebuttal expert witnesses and their proposed testimony to opposing counsel on or before **July 29, 2024**.

3. The Parties shall file any *Daubert* motions on or before **August 5, 2024**. Oppositions to *Daubert* motions shall be filed by **August 12, 2024**. Any replies shall be filed by **August 19, 2024.**

4. Before filing a motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

5. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **August 12, 2024**.

6. On or before **August 12, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case.</u>  The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions.</u>  The Parties shall indicate the *voir dire* questions that the parties agree to; and the *voir dire* questions that the parties disagree on, with specific objections noted as to each disputed question.

    c. <u>Proposed jury instructions</u>.  The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions.  The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include.  As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

    d. <u>Proposed verdict form</u>.  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict form should

       include a date and signature line for the jury foreperson.

7. In addition to filing the Joint Pretrial Statement, on **August 12, 2024**, the Parties shall transmit, in Word format, an electronic copy of (a) the *voir dire* questions, (b) the jury instructions, and (c) the verdict form by email to the Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

8. On or before **August 19, 2024**, counsel shall file a Supplement to the Joint Pretrial Statement that contains the following:

    a. <u>List of witnesses.</u>  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, including any expert witnesses, divided into the following categories: (1) witnesses who will be called to testify at trial; (2) witnesses who may be called to testify at trial; and (3) witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.  The Court will read the list of witnesses to the jury during *voir dire*.

    b. <u>Exhibit lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list.  The Parties should not provide a copy of

      the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

      c. <u>Stipulations.</u> The Parties shall submit a draft of any stipulations.

9. In addition, on **August 19, 2024**, the Parties shall transmit, in Word format, an electronic copy of (a) the witness lists, (b) the exhibit lists, and (c) any stipulations to Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

10. The Parties shall meet and confer about exhibits and witnesses on or before **August 29, 2024**, to discuss anticipated objections and stipulations for admission.

11. Counsel shall appear for a pretrial conference on **August 30, 2024**, at 12:30 p.m. in Courtroom 17.

12. The United States should endeavor to make grand jury and Jencks Acts disclosures as to each witness it expects to call in its case-in-chief by **September 2, 2024**. Any Brady material not already disclosed also must be disclosed by this date.

January 23, 2024

                                                   CARL J. NICHOLS
                                                   United States District Judge