| | |
|---|---|
| **From:** | Mazzuchelli, Andrew (DOC) |
| **To:** | Rochlin, Karen (USADC) |
| **Cc:** | Estes, Craig (USADC) |
| **Subject:** | [EXTERNAL] RE: US v. Lang |
| **Date:** | Friday, February 9, 2024 10:10:19 AM |
| **Attachments:** | image002.png |
| | image003.png |

Hi again –

Mr. Lang has all of his discovery, laptop and flash drive.

Sincerely,

Andrew Mazzuchelli
Deputy General Counsel
District of Columbia Department of Corrections
Office of the General Counsel
3924 Minnesota Avenue NE
Washington, D.C. 20019
Office: (202) ▮▮▮▮
Mobile: (202) ▮▮▮▮
andrew.mazzuchell▮▮▮▮
www.▮▮▮▮



**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

