UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CASE NO.: 1:21-cr-53 |
| | § | |
| EDWARD JACOB LANG | § | |
| | § | |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES, Anthony F. Sabatini, and enters appearance as counsel for the Defendant in the above styled cause.

          Respectfully submitted.

          /s/ ANTHONY F. SABATINI
          FL Bar No. 1018163
          anthony@sabatinilegal.com
          SABATINI LAW FIRM, P.A.
          411 N DONNELLY ST, STE #313
          MOUNT DORA, FL 32757
          T: (352)-455-2928
          Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

          /s/ Anthony F. Sabatini