## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| EDWARD JACOB LANG, | : Case Number 1:21-cr-00053-CJN |
| Defendant. | : |

## DECLARATION OF KIMBERLEE R. SMITH

I, Kimberlee R. Smith, hereby state:

1. I am currently employed at the Washington, D.C., Department of Corrections ("DOC"), where I work as a Program Coordinator in the Litigation Support Unit. I have held that position since March 9, 2019.

2. I am currently assigned to DOC's Correctional Treatment Facility ("CTF"). As a Program Coordinator my responsibilities include: Maintain day to day operations of the Litigation Support and Evidence Review Program. The Incumbent's primary responsibility is to serve as the point of contact for the Office of the General Counsel for the DOC with regard to all matters in litigation to include coordinating witnesses, discovery depositions, processing serving and proving testimony in court as the custodian of records.

3. On February 26, 2024, the DOC discovery laptop (J21005) issued to inmate Lang required annual system maintenance. I checked the Jail and Community Corrections (JACCS) computer system to determine Mr. Lang's location and learned that Mr. Lang was no longer housed within the DOC. I then contacted the unit where Mr. Lang was last assigned, SMU-A, concerning the whereabouts of laptop J21005. Officer Smith informed me that he did not have possession of the device and I asked him to conduct a unit shakedown. Laptop J21005 which had been issued to Mr. Lang and Mr. Lang's discovery, stored on two hard drives, were located in the possession of inmate Zachary Alam. Laptop J21005 is configured for viewing material stored on other media. The laptop itself will not permit storage of discovery or other materials.

4. Inmate Alam, who was housed in the same unit as Mr. Lang, stated that Mr. Lang had asked him to keep Mr. Lang's discovery. No other personal items were found in Mr. Lang's cell.

5. After their recovery from Mr. Alam on February 26, 2024, Mr. Lang's discovery hard drives remained in my possession pending arrangements by his attorney to arrange to retrieve them.

_____  
Kimberlee R. Smith  
Legal Program Coordinator

_____  
Date 3/20/2024