

# EXHIBIT A

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| Edward | Jacob | Lang | White | 28 | Male |

1 Result for search **Edward Jacob Lang**, Race: **White**, Age: **28**, Sex: **Male**    Clear Form    Search



### EDWARD JACOB LANG

Register Number: 76480-054

Age:   28
Race:  White
Sex:   Male

Located at: Lewisburg USP

Release Date: UNKNOWN

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability ▸