

# EXHIBIT B

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Departments, will determine the effectiveness of the visit. Visiting Room Officers will work closely with SIS and Unit Management Staff.

    c.    <u>Visiting Times</u>: Visiting hours at the Penitentiary are 8:00 a.m. until 3:00 p.m., Saturday and Sunday. There will be no visitation Monday through Friday, with the exception of Federal holidays falling on any of these days. Visitors arriving after 2:30 p.m. will not be admitted to visit.

<u>Camp/RDAP Visiting:</u>

    Saturday - 8:00 a.m. to 3:00 p.m.
    Sunday   - 8:00 a.m. to 3:00 p.m.

Camp/RDAP Visiting on Federal Holidays will be scheduled at the discretion of the Camp Administrator. A Camp inmate visiting schedule rotated by the inmate Register Number (odd/even, 5th digit), will be generated and posted quarterly.

Inmate Visitors arriving after 2:30 p.m. for day visits; will not be admitted/authorized to visit.

Inmate visitors will be processed into the Visiting Room during the 10:00 a.m. count on weekends and federal holidays, with the exception of the Camp. However, no inmate visitors will be escorted out of either Visiting Room until the 10:00 a.m. count has been officially cleared by the Control Center.

    d.    <u>Frequency of Visits</u>: (Penitentiary) To avoid overcrowding in the Visi~~ting Room and the disa~~ppointment of having to