

# EXHIBIT C

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Contact Us

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number**  |  **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| Edward | | Lang | | | |

1 Result for search **Edward Lang**, Num: **76480-054**

Clear Form    Search

## EDWARD JACOB LANG

Register Number: 76480-054

Age: 28
Race: White
Sex: Male

Located at: **Brooklyn MDC**

Release Date: UNKNOWN

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern