```
  BRORC          *       INMATE DISCIPLINE DATA          *      05-31-2024
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      15:13:52


REGISTER NO: 76480-054 NAME...: LANG, EDWARD JACOB
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-31-2024

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3928641 - SANCTIONED INCIDENT DATE/TIME: 04-10-2024 1337
DHO HEARING DATE/TIME: 05-14-2024 0829            DHO REPT DEL: 05-24-2024 1130
FACL/CHAIRPERSON.....: BRO/█████████
REPORT REMARKS.......: IM STATED "I DIDN'T ENGAGE IN CRIMINAL INCITEMENT"
                       GUILTY ON WEIGHT OF EVIDENCE
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 2
         DIS GCT    / 27 DAYS / CS
         COMP:000 LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
         LP COMM    / 120 DAYS / CS
                    FROM: 04-16-2029  THRU: 08-13-2029
         COMP:    LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
         LP EMAIL   / 120 DAYS / CS
                    FROM: 05-14-2024  THRU: 09-10-2024
         COMP:    LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3922415 - SANCTIONED INCIDENT DATE/TIME: 04-12-2024 0909
DHO HEARING DATE/TIME: 04-16-2024 0936            DHO REPT DEL: 05-02-2024 1014
FACL/CHAIRPERSON.....: BRO/█████████
REPORT REMARKS.......: IM STATED "I DIDN'T DESTROY PROPERTY"
                       GUILTY ON WEIGHT OF EVIDENCE
    218  DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:000 LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
         DS         / 20 DAYS / CS
                    FROM: 04-16-2024  THRU: 05-05-2024
         COMP:    LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
         LP COMM    / 5 YEARS / CS
                    FROM: 04-16-2024  THRU: 04-15-2029
         COMP:    LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
                         UNTIL MON REST PAID IN FULL
         MON REST   / 119.00 DOLLARS / CS
         COMP:    LAW:    SANCTION IMPOSED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3597377 - SANCTIONED INCIDENT DATE/TIME: 02-18-2022 1056
UDC HEARING DATE/TIME: 02-22-2022 0745
FACL/UDC/CHAIRPERSON.: LEW/█████████
REPORT REMARKS.......: I/M GUILTY OF 397
    397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP VISIT   / 30 DAYS / CS
                    FROM: 02-22-2022  THRU: 03-23-2022
         COMP:    LAW:




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```