

**BP-A0288**            **INCIDENT REPORT**

Dept. of Justice / Federal Bureau of Prisons

| Part I - Incident Report | |
|---|---|

| 1. Institution: **BROOKLYN MDC** | Incident Report Number: **3928641** |
|---|---|

| 2. Inmate's Name **LANG, EDWARD** | 3. Register Number **76480-054** | 4. Date of Incident **04-10-2024** | 5. Time **1337 hrs** |
|---|---|---|---|

| 6. Place of Incident **Z-W Range 4** | 7. Assignment **UNASSG** | 8. Unit **4 DETC M/W** |
|---|---|---|

| 9. Incident **197 -- PHONE ABUSE, CRIMINAL.** | 10. Prohibited Act Code(s) **197** |
|---|---|

11. Description Of Incident

(Date: **04-25-2024**    Time: **1930 hrs**    staff became aware of incident)

**This is a Re-Write.**
**On April 25, 2024, at 1930 a review of inmate Lang Edward's Reg. No. 76480-054 phone calls was conducted, upon reviewing inmate Lang's phone calls it was discovered that inmate Lang is circumventing the Trufone system. Specifically, on April 10, 2024, at 1337 Hours and 1853 Hours inmate Lang Edward Reg. No. 76480-054 made a call to Troy Smocks listed as other relations on Trulincs contact list. However, after monitoring the call it was confirmed that the contact is Rachel Myers inmate Lang's girlfriend. During the calls, inmate Lang asked Ms. Myers to record the call. He then proceeded to provide a voluminous stream of instructions related to his business, including social media postings, attempts to drive donations to his various GiveSendGo.com accounts, and employee pay. Recorded statements in reference to his placement in SHU were made at the direction of Lang for the purpose of playing them on social media "news" networks. During the second call, Lang directs Ms. Myers to place a third-party call to Hoang Quan, who is believed to be an employee of Lang. Additional instructions that appear to be related to his business are made by Lang to Mr. Quan. Another recording is made for the purpose of being played back on Lou Dobbs' internet program. During the third-party call, Mr. Quan placed another third-party call to the Lou Dobbs control room, as instructed by Lang. Lang had a conversation with the control room in an attempt to make a statement while the show was being broadcasted. This was unsuccessful, and Lang informed the control room that he had prerecorded a statement that his "people" would provide after his call ended. During this call inmate Lang also requested that his followers make a call for action, where he asks his followers to make noise and protest against MDC Brooklyn. Page 28 of the Inmate Admission and Orientation Handbook states that the telephone privileges are a supplemental means of maintaining community and family ties. Telephones are to be used for lawful purposes only. Consequently, Telephones will not be used to conduct a business. Furthermore, third party telephone contact will result in disciplinary action this could include, but is not limited to three-way calls, call forwarding, and the use of two or more telephones to communicate. Therefore, inmate Lang Edwards Reg. No. 76480-054 is found to be in violation of code 197 Phone abuse due to inmate utilizing the institution phone as means to send his followers a message to protest against MDC Brooklyn, putting the safety and security of the institution in jeopardy. Lastly, inmate Lang also utilized the institution phone to conduct a business and made a three-way call while being on the phone with Rachel Myers**

| 12. Typed Name/Signature of Reporting Employee | 13. Date And Time **04-26-2024 1342 hrs** |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered **04-26-2024** | 16. Time Report Delivered **1630 hrs** |
|---|---|---|

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.



**BP-A0288**
## INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

| | BP-A0288 | **INCIDENT REPORT** |
|---|---|---|
| | | Dept. of Justice / Federal Bureau of Prisons |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **LANG, EDWARD** | **76480-054** | **3928641** |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

**Inmate Stated: Prove that he signed a form of the rules or status, provide the full statue of code 197, how does this constitute criminal activity, when was the exact monitoring done and the time of the monitoring, He needs the monitoring report, he received a write up 16 days after the call was made and it is a breach of policy, he would like to listen to recordings, peaceful protest during a phone call and it is a constitutional right upon people protesting.**

18. A. It is the finding of the committee that you:

_ Committed the Prohibited Act as charged.

— Did not commit a Prohibited Act.

— Committed Prohibited Act Code(s)

B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

**Based on the serious of the report, it is being referred to DHO.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

**If found guilty, the UDC recommends loss of GCT, loss of visits and commissary 180 days.**

21. Date And Time Of Action **04-29-2024 0705 hrs**    (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

███████

_____     _____     _____
Chairman (Typed Name/Signature)       Member (Typed Name)                  Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                              Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **LANG, EDWARD** | **76480-054** | **3928641** |

| **Part III - Investigation** | 22. Date & Time Investigation Began |
|---|---|
| | **04-25-2024 1950 hrs** |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By ▆▆▆▆

At (Date/time) **04-25-2024 1950 hrs**

24. Inmate statement and attitude

**Inmate Lang stated, "This is my first amendment right you can't silence me."**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Listening of the call through truphone.**

26. Investigator's comments and conclusions

**Based on the information provided in section 11 of this report inmate Lang has been appropriately charged.**

27. Action taken

**Incident Report referred to UDC. Investigation/evidence supports charges. Inmate placed in Special Housing Unit pending UDC/DHO.**

Date and Time Investigation Completed: **04-26-2024 1701 hrs**

Printed Name/Signature Of Investigator: ▆▆▆▆

Investigator Title: **Lt**

Inmate   Monitoring   Recording   Reports   System   Help   Logout             HELP   v2.23

Monitor Recorded Calls (Complex)     Monitor Recorded Calls (Basic) -> Call Note



**Call Note**

Inmate Reg#
32237510

Inmate Name
DIBERARDINO SCOTT

Start Date
Thu Apr 25 2024 12:18:12 GMT-0400 (Eastern Daylight Time)

Phone Number
2676718309

Previous Activity

| ECN | Comment |
|---|---|
|  | TF61773 - 5/7/2024 6:02:12 PM<br>On 4/25/2024 inmate Lang, Edward Jacob Reg. No. 76480-054 used inmate's Diberardino Scott pin and pac number to place a call to his girlfriend Rachel Myers, who made a three-way call. During this call at approximately 10:00 minutes inmate Lang states that he was commended for running a business. Furthermore, when the three-way call was made, he identifies himself as Jake, short for Jacob, inmate's Lang middle name. |

Save     Close



**BP-A0304**    # DISCIPLINE HEARING OFFICER REPORT

IR#:  **3928641**
Reg#: **76480-054**

Dept. of Justice / Federal Bureau of Prisons      **LANG, EDWARD**

| Institution: **BROOKLYN MDC** | Incident Report Number: **3928641** | |
|---|---|---|
| NAME OF INMATE: **LANG, EDWARD** | REG.NO.: **76480-054** | UNIT: **4 DETC M/W** |
| Date of Incident Report:  **04-26-2024** | Offense Code(s): **197** | |
| Date of Incident:  **04-10-2024** | | |

Summary of Charges:

**197 -- PHONE ABUSE, CRIMINAL.**

---

I.    NOTICE OF CHARGE(S)

A.   Advanced written notice of charge (copy of Incident Report) was given to inmate on **04-26-2024**    at **1630 hrs**   (by staff member) **Ferguson**

B.   The DHO Hearing was held on **05-14-2024**    at **0829 hrs**

C.   The inmate was advised of the rights before the DHO by (staff member): ████████████ on **04-29-2024**

and a copy of the advisement of rights form is attached.

D.   Delay in Process   **None**

II.   STAFF REPRESENTATIVE

A.   Inmate waived right to staff representative:   [Yes] **X**      [No] _

B.   Inmate requested staff representative and
**NA**                                                   appeared.

C.   Staff Representative's Statement:
**NA**

D.   Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:
**NA**

E.   Staff representative **NA**                          was appointed.

III.  PRESENTATION OF EVIDENCE

A.    Inmate (  ) admits    ( **X** ) denies the charge(s).

B.    Summary of Inmate Statement:

**The inmate stated he was ready to proceed with his hearing. He did not request a staff representative nor a witness to provide testimony on his behalf during his DHO hearing. He stated he understood his rights before the DHO, and he informed the DHO he did receive a copy of the incident report, and did not have any documentary evidence to present on his behalf.**

**He stated  I didn't engage in any criminal incitement**

---



**BP-A0304**    **DISCIPLINE HEARING OFFICER REPORT**    IR#: 3928641
Reg#: 76480-054

Dept. of Justice / Federal Bureau of Prisons    LANG, EDWARD

C.   Witnesses

1.   The inmate waived right to witnesses.  [Yes] **X**    [No] __

2.   The following persons were called as witness at this hearing and appeared
     (Each witness name and statement listed below):
     **NA**

3.   The following persons requested were not called for the reason(s) given
     (Each witness name and statement listed below):
     **NA**

4.   Unavailable witnesses were requested to submit written statements and
     those statements received were considered (Each witness name and
     statement listed below):
     **NA**

D.   Documentary Evidence. In addition to the Incident Report and
     Investigation, the DHO considered the following documents:
     **Incident Report - Photographs -- (BOP-IRPHO)**
     **Incident Report - Photographs -- (BOP-IRPHO)**
     **Incident Report - Photographs -- (BOP-IRPHO)**

E.   Confidential information was used by DHO in support of his findings, but
     was not revealed to the inmate. The confidential information was documented
     in a separate report. The confidential information has been (confidential
     informants have been) determined to be reliable because:
     **NA**

IV.   FINDINGS OF THE DHO
      _ A. The act was committed as charged.    _ C. No prohibited act was committed:
      **X** B. The following act was commmitted:       Expunge according to inmate
      **297**                                          discipline PS.

V.    SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
      written documents, etc.)
      **Your due process rights were read and reviewed with you by the DHO at the time of your hearing.
      You stated you understood your rights, and you did not present any documentary evidence to be
      utilized during your DHO hearing.  You did not request a staff representative nor witnesses to be
      present during your DHO hearing, or provide testimony on your behalf.**

      **Based on the greater weight of the evidence, the DHO concluded the prohibited act of use of the
      telephone for abuses other than criminal activity which circumvent the ability of staff to monitor
      frequency of telephone use, content of the call, was committed.   The DHO based the decision on
      the following evidence:**

      **This is a Re-Write.**
      **On April 25, 2024, at 1930 a review of inmate Lang Edward's Reg. No. 76480-054 phone**

Prescribed by P5270                                     Replaces BP-304(52) of Jan 88



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#:  3928641 |
|---|---|---|
| | | Reg#: 76480-054 |
| Dept. of Justice / Federal Bureau of Prisons | | LANG, EDWARD |

calls was conducted, upon reviewing inmate Lang's phone calls it was discovered that inmate Lang is circumventing the Trufone system. Specifically, on April 10, 2024, at 1337 Hours and 1853 Hours inmate Lang Edward Reg. No. 76480-054 made a call to Troy Smocks listed as other relations on Trulincs contact list. However, after monitoring the call it was confirmed that the contact is Rachel Myers inmate Lang's girlfriend.  During the calls, inmate Lang asked Ms. Myers to record the call. He then proceeded to provide a voluminous stream of instructions related to his business, including social media postings, attempts to drive donations to his various GiveSendGo.com accounts, and employee pay. Recorded statements in reference to his placement in SHU were made at the direction of Lang for the purpose of playing them on social media "news" networks. During the second call, Lang directs Ms. Myers to place a third-party call to Hoang Quan, who is believed to be an employee of Lang. Additional instructions that appear to be related to his business are made by Lang to Mr. Quan. Another recording is made for the purpose of being played back on Lou Dobbs' internet program. During the third-party call, Mr. Quan placed another third-party call to the Lou Dobbs control room, as instructed by Lang. Lang had a conversation with the control room in an attempt to make a statement while the show was being broadcasted. This was unsuccessful, and Lang informed the control room that he had prerecorded a statement that his "people" would provide after his call ended. During this call inmate Lang also requested that his followers make a call for action, where he asks his followers to make noise and protest against MDC Brooklyn. Page 28 of the Inmate Admission and Orientation Handbook states that the telephone privileges are a supplemental means of maintaining community and family ties. Telephones are to be used for lawful purposes only. Consequently, Telephones will not be used to conduct a business. Furthermore, third party telephone contact will result in disciplinary action this could include, but is not limited to three-way calls, call forwarding, and the use of two or more telephones to communicate. Therefore, inmate Lang Edwards Reg. No. 76480-054 is found to be in violation of code 197 Phone abuse due to inmate utilizing the institution phone as means to send his followers a message to protest against MDC Brooklyn, putting the safety and security of the institution in jeopardy. Lastly, inmate Lang also utilized the institution phone to conduct a business and made a three-way call while being on the phone with Rachel Myers

The DHO also based this finding upon the officers written statement in section 11. The DHO did note that you are unwilling to accept responsibility for the charge (297). Finally, the DHO finds the actions reported are consistent with the charge.

NOTE: To use the telephone for other than illegal purposes means to use the telephone to a violation of policy, which circumvent staff s telephone monitoring procedures.

Based on the greater weight of the evidence, the DHO found you committed the prohibited act of use of the telephone for abuses other than criminal activity which circumvent the ability of staff to monitor frequency of telephone use, content of the call, or the number called   code 297.

---

VI.    SANCTION OR ACTION TAKEN
**297 (FREQ 2) - DIS GCT 27 DAYS, 297 (FREQ 2) - LP COMM 120 DAYS, 297 (FREQ 2) - LP EMAIL 120 DAYS**

---

VII.    REASON FOR SANCTION OR ACTION TAKEN
The action/behavior on the part of an inmate to use the telephone for abuses other than criminal activity which circumvent the ability of staff to monitor frequency of telephone use, content of the call or the number called; or to commit or further a high category prohibited act significantly interferes with the ability of staff to conduct their job.  By violating the rules and regulations of the institution the actions of an inmate, to circumvent the inmate telephone system seriously threatens the health, safety, and welfare of not only the inmate involved, but of all persons, whether that is another inmate or any other person,

---



**BP-A0304** **DISCIPLINE HEARING OFFICER REPORT** IR#: 3928641
Reg#: 76480-054

Dept. of Justice / Federal Bureau of Prisons    LANG, EDWARD

---

**involved in the act. These actions will not be tolerated. When an inmate fails to follow the rules and regulations, specifically by utilizing another inmate s telephone account to place a telephone call, interferes with staffs ability to effectively complete their job duties. Any inmate who disregards the authority of a staff member poses a serious threat to the safe and orderly running of the institution s daily procedures. The sanctions imposed by the DHO were taken to inform the inmate that he will be held responsible for his actions/behaviors at all times.**

**The sanctions imposed involving Disallowance of Good Conduct Time (27 days) and Loss of Privileges (commissary 120 days and email 120 days), were also taken to enforce the standard of inmates being held responsible for their actions. It is believed, and past evidence has supported that this type of behavior can be disruptive to the Security or Orderly Running of a BOP Facility and cannot be tolerated.**

**The DHO reviewed your disciplinary record when determining your sanctions for this prohibited act, the DHO chose to sanction your disallowance of good conduct time below the guidelines, however, You should be aware, any future disruptive behavior, will be cause for the DHO to consider significant progressive disciplinary sanctions, in accordance with P.S. 5270.09, Page 55, in an effort to convince you this type of behavior is not acceptable, and it is imperative to abide by all institutional rules, and regulations. This type of behavior will ABSOLUTELY not be tolerated.**

**The DHO expects these sanctions will serve to deter you from similar misconduct in the future and convince you to abide by all institution rules and regulations.**

---

VIII.  APPEAL RIGHTS:  **X**  The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

---

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | **05-22-2024** |

DHO Report Delivered to Inmate by:

| Printed Name of Staff | Signature of Staff | Date & Time Delivered |
|---|---|---|

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.