

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

### Part I - Incident Report

| 1. Institution: **BROOKLYN MDC** | | Incident Report Number: **3922415** | |
|---|---|---|---|
| 2. Inmate's Name **LANG, EDWARD** | 3. Register Number **76480-054** | 4. Date of Incident **04-12-2024** | 5. Time **0909 hrs** |
| 6. Place of Incident **Special Housing Unit** | 7. Assignment **UNASSG** | 8. Unit **4 DETC M/W** | |
| 9. Incident **218 -- DESTROYING PROP OVER $100.** | | 10. Prohibited Act Code(s) **218** | |

11. Description Of Incident
    (Date: **04-12-2024**    Time: **0909 hrs**    staff became aware of incident)

**On April 12, 2024, at approximately 9:09 a.m., while conducting a mass shakedown in the West Side Special Housing Unit it was determined that the mattresses in cell Z04-107 had been destroyed. Inmate Lang, Edward Reg. No. 76480-054 and** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **are housed in cell Z04-107 per the sentry roster.**

| 12. Typed Name/Signature of Reporting Employee ▮▮▮▮▮ | 13. Date And Time **04-12-2024 1916 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) ▮▮▮▮▮ | 15. Date Report Delivered **04-12-2024** | 16. Time Report Delivered **2002 hrs** |

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | |
| Inmate's Name **LANG, EDWARD** | Register Number **76480-054** | Incident Report Number **3922415** |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

   **Inmate stated not guilty. Inmate stated he was given destroyed property, the shower curtain, the towel, the blanket and the mattress were destroyed.**

18. A. It is the finding of the committee that you:
    - ☐ Committed the Prohibited Act as charged.
    - ☐ Did not commit a Prohibited Act.
    - ☐ Committed Prohibited Act Code(s)

    B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

    C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

    **Based on the written report, that you destroyed a mattress, this report is being referred to DHO.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

    **If found guilty, the UDC recommends loss of GCT, loss of visits and commissary for 180 days.**

21. Date And Time Of Action **04-14-2024 0715 hrs**   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

_____   _____   _____
Chairman (Typed Name/Signature)   Member (Typed Name)   Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                                                       Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | |
| Inmate's Name **LANG, EDWARD** | Register Number **76480-054** | Incident Report Number **3922415** |
| **Part III - Investigation** | 22. Date & Time Investigation Began **04-12-2024 2002 hrs** | |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By 

At (Date/time) **04-12-2024 2002 hrs**

24. Inmate statement and attitude

   **Inmate Lang # 76480-054 displayed a fair attitude. Inmate Lang # 76480-054 stated, No comment**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

   **All evidence has been uploaded**
   **Incident Report -- (BP-A288)**

26. Investigator's comments and conclusions

   **Based on the information provided in the body of this report, section 11 does contain enough evidence to support the charge. Inmate Lang # 76480-054 has been appropriately charged with the violation of**
   **218 -- DESTROYING PROP OVER $100.**

27. Action taken

   **Incident Report referred to UDC. Investigation/evidence supports charges. Inmate placed in Special Housing Unit pending UDC/DHO.**
   **Lang # 76480-054 is currently housed in SHU**

Date and Time Investigation Completed: **04-12-2024 2005 hrs**

Printed Name/Signature Of Investigator:

Investigator Title:

# MDC BROOKLYN
## Photo Sheet

 

| Date: | Time of photograph: | Institution: | Location |
|---|---|---|---|
| 04-12-2024 | 9:09 AM | MDC Brooklyn | West SHU |
| **Inmate Name:** | | **Register Number:** | |
| Lang, E | | ~~45883-510~~ TK. <br> 76480-054 | |

Photo Taken By: T. Kehl, EPO

Description: Photo of Range 4 cell 107 in the West Special Housing Unit assigned to inmates ███████ ███████████ and Lang, E. Reg. No. 76480-054. During a cell search staff discovered both inmates had destroyed their mattresses.



SENSITIVE - LIMITED OFFICIAL USE




*SENSITIVE - LIMITED OFFICIAL USE*



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3922415 |
|---|---|---|
| | | Reg#: 76480-054 |
| Dept. of Justice / Federal Bureau of Prisons | | LANG, EDWARD |

| Institution: **BROOKLYN MDC** | Incident Report Number: **3922415** | |
|---|---|---|
| NAME OF INMATE: **LANG, EDWARD** | REG.NO.: **76480-054** | UNIT: **4 DETC M/W** |
| Date of Incident Report: **04-12-2024** | Offense Code(s): **218** | |
| Date of Incident: **04-12-2024** | | |

Summary of Charges:

    **218 -- DESTROYING PROP OVER $100.**

I. NOTICE OF CHARGE(S)

    A. Advanced written notice of charge (copy of Incident Report) was given to inmate on **04-12-2024** at **2002 hrs** (by staff member) ▇▇▇▇

    B. The DHO Hearing was held on **04-16-2024** at **0936 hrs**

    C. The inmate was advised of the rights before the DHO by (staff member): ▇▇▇▇ on **04-14-2024** and a copy of the advisement of rights form is attached.

    D. Delay in Process **None**

II. STAFF REPRESENTATIVE

    A. Inmate waived right to staff representative: [Yes] **X**   [No] __

    B. Inmate requested staff representative and **NA** appeared.

    C. Staff Representative's Statement: **NA**

    D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **NA**

    E. Staff representative **NA** was appointed.

III. PRESENTATION OF EVIDENCE

    A. Inmate ( ) admits   ( **X** ) denies the charge(s).

    B. Summary of Inmate Statement:

    **The inmate stated he was issued a copy of the incident report. He did not request a staff representative, nor did he request witnesses provide testimony on his behalf during his hearing. He did not submit any documentary evidence for review by the DHO. He stated he understood his rights before the DHO and he was ready to proceed with his DHO hearing.**

    **He stated "I didn't rip the mattress**



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3922415 |
|---|---|---|
| | | Reg#: 76480-054 |
| Dept. of Justice / Federal Bureau of Prisons | | LANG, EDWARD |

   C. Witnesses

   1. The inmate waived right to witnesses. [Yes] **X**   [No] __

   2. The following persons were called as witness at this hearing and appeared (Each witness name and statement listed below):
      **NA**

   3. The following persons requested were not called for the reason(s) given (Each witness name and statement listed below):
      **NA**

   4. Unavailable witnesses were requested to submit written statements and those statements received were considered (Each witness name and statement listed below):
      **NA**

   D. Documentary Evidence. In addition to the Incident Report and Investigation, the DHO considered the following documents:
      **Incident Report - Misc Doc -- (BOP-IRMISC)**
      **Incident Report - Photographs -- (BOP-IRPHO)**

   E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:
      **NA**

IV. FINDINGS OF THE DHO
   **X** A. The act was committed as charged.   _ C. No prohibited act was committed:
   _ B. The following act was commmitted:    Expunge according to inmate discipline PS.

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations written documents, etc.)

**Your due process rights were read, and reviewed with you by the DHO, at the time of your hearing. You stated you understood your rights, and had no documentary evidence to present. You did not request the services of a staff representative. You did not request any witnesses provide testimony on your behalf.**

**Based on the weight of the evidence the DHO concluded the prohibited acts of destroying property over $100 (218) was committed. The DHO based the decision on the following evidence:**

**On April 12, 2024, at approximately 9:09 a.m., while conducting a mass shakedown in the West Side Special Housing Unit it was determined that the mattresses in cell Z04-107 had been destroyed. Inmate Lang, Edward Reg. No. 76480-054 and Rodriguez, Mayovanex Reg. No. 14000-510 are housed in cell Z04-107 per the sentry roster.**



**BP-A0304**    **DISCIPLINE HEARING OFFICER REPORT**    IR#: 3922415
Reg#: 76480-054
Dept. of Justice / Federal Bureau of Prisons    LANG, EDWARD

In addition, the DHO considered your testimony during the DHO hearing, in which you deny the charges as described in section 11 of the incident report.

Based on the evidence submitted in reference to this incident report, your reported actions met the threshold for destroying property over $100 (218) as described above. Based on the weight of the evidence, the DHO found you committed the prohibited act of destroying property over $100 (218).

**VI. SANCTION OR ACTION TAKEN**

218 (FREQ 1) - DIS GCT 27 DAYS, 218 (FREQ 1) - DS 20 DAYS, 218 (FREQ 1) - LP COMM 5 YEARS, 218 (FREQ 1) - MON REST 119 DOLLARS

**VII. REASON FOR SANCTION OR ACTION TAKEN**

The action/behavior on the part of any inmate to destroy property excess $100, threatens the health, safety, and welfare of not only the inmate involved, but that of all other inmates and staff. In the past, this type of action/behavior has been shown to result in serious injuries, even death, and serious loss of property. The sanctions imposed by the DHO were taken to inform the inmate that he will be held responsible for his actions/behaviors at all times.

The sanction involving Disciplinary Segregation was taken to deter any further negative behavior and to enforce the standard of inmate being held responsible for their actions. A total of 20 days Disciplinary Segregation is being implemented for this incident.

The sanctions imposed involving Disallowance of Good Conduct Time (27 days) and Loss Privileges (commissary suspended for 5 years till monetary rest of $119.00 paid in full) were also taken to enforce the standard of inmates being held responsible for their actions. It is believed, and past evidence has supported that this type of behavior can be disruptive to the Security or Orderly Running of a BOP Facility and cannot be tolerated.

The DHO considered your disruptive behavior, your unwillingness to accept responsibility for your actions, and the seriousness of this particular prohibited act infraction. The fact is there is a zero tolerance for inmates to assault in a Correctional Setting, when determining your slightly progressive sanctions for this prohibited act.

You should be aware, any future disruptive behavior, will be cause for the DHO to consider more significant progressive disciplinary sanctions, in accordance with P.S. 5270.09, Page 55, in an effort to convince you this type of behavior is not acceptable, and it is imperative to abide by all institutional rules, and regulations. This type of behavior will ABSOLUTELY not be tolerated.

The DHO expects these sanctions will serve to deter you from similar misconduct in the future and convince you to abide by all institution rules and regulations.



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 3922415 |
|---|---|---|
| | | Reg#: 76480-054 |
| Dept. of Justice / Federal Bureau of Prisons | | LANG, EDWARD |

**VIII. APPEAL RIGHTS:** **X** The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

**IX. Discipline Hearing Officer**

| Printed Name | Signature | Date |
|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | 04-30-2024 |

DHO Report Delivered to Inmate by:

| ▇▇▇▇ | ▇▇▇▇ | 05-02-2024  1014 hrs |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270          Replaces BP-304(52) of Jan 88