# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-3038**                            **September Term, 2023**

1:21-cr-00053-CJN-1
1:21-cr-00119-CJN-1
1:21-cr-00234-CJN-1

**Filed On:** August 7, 2024

United States of America,

      Appellant

   v.

Joseph W. Fischer,

      Appellee

------------------------------

Consolidated with 22-3039, 22-3041

      **BEFORE:**    Katsas, Walker, and Pan, Circuit Judges

## O R D E R

In light of the Supreme Court's judgments in Fischer v. United States, No. 23-5572 (July 30, 2024) (Court of Appeals No. 22-3038), Lang v. United States, No. 23-32 (Aug. 5, 2024) (Court of Appeals No. 22-3039), and Miller v. United States, No. 23-94 (Aug. 5, 2024) (Court of Appeals No. 22-3041), which vacated this court's April 7, 2023 judgment and remanded these cases for further consideration in light of Fischer v. United States, 144 S. Ct. 2176 (2024), it is

**ORDERED**, on the court's own motion, that these cases be remanded to the District Court for further proceedings consistent with the Supreme Court's opinion in Fischer.

The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                       BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk