UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-53 (CJN) |
| | : | |
| **EDWARD JACOB LANG,** | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT

The United States of America, through undersigned counsel, respectfully submits this status report in advance of trial in this case, now scheduled to commence September 9, 2024, in order to advise of the following:

On August 7, 2024, this Court docketed the remand of this case from the United States Court of Appeals for the District of Columbia Circuit, ECF 136, following the Supreme Court's decision in *Fischer v. United States*, 144 S. Ct. 2176 (June 28, 2024). With the return of jurisdiction to this Court, the United States will seek a superseding indictment to remove the charge in Count Nine under 18 U.S.C. § 1512(c)(2) and to add an additional count of assault on a federal officer pursuant to 18 U.S.C. § 111(a). In July, 2023, the United States had informed counsel for the defendant of its intention to seek the additional Section 111(a) count; evidence supporting the proposed additional count was provided to the defense on July 14, 2023. In response to a request from defense counsel, on August 7, 2024, the United States reproduced that evidence along with an early production of Jencks (18 U.S.C. § 3500) materials for a witness to the anticipated assault charge. The United States is prepared for trial to commence as scheduled.

Counsel for the parties were able to confer on August 7, 2024. Among other matters, the United States informed opposing counsel of its intention to file this Status Report. Defense counsel

requested that the report inform this Court that the defense wishes the Court to hold a status conference in advance of the pretrial conference set for August 30, 2024. *See* ECF 124 at 4. For reasons independent of the government's plans for a superseding indictment, opposing counsel has advised the United States that he intends to seek a postponement of the trial date.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   s/Karen Rochlin
    Karen Rochlin
    Assistant United States Attorney Detailee
    DC Bar No. 394447
    99 N.E. 4th Street
    Miami, Florida 33132
    (786) 972-9045
    Karen.Rochlin@usdoj.gov

By:   s/Craig Estes
    Craig Estes
    Assistant United States Attorney Detailee
    MA BBO No. 670370
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3605
    Craig.Estes@usdoj.gov