# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-53 (CJN) |
| : | |
| **EDWARD JACOB LANG,** : | |
| : | |
| Defendant.  : | |

## GOVERNMENT'S STATUS REPORT

The United States of America, through undersigned counsel, respectfully submits this status report in advance of trial in this case, now scheduled to commence September 9, 2024. In its Scheduling Order dated January 23, 2024 (ECF 124), the Court directed the parties to file a Joint Pretrial Statement containing the following on or before August 12, 2024: (a) a neutral statement of the case; (b) proposed *voir dire* questions; (c) proposed jury instructions; and (d) a proposed verdict form.

On August 25, 2023, pursuant to an earlier Scheduling Order, ECF 118, the parties filed (a) a neutral statement of the case, (b) proposed *voir dire* instructions, (c) proposed jury instructions, and (d) a proposed verdict form. The Government respectfully re-submits, without alteration, the parties' prior joint submissions for the neutral statement of the case and *voir dire* instructions. ECF 119-1 and ECF 119-2.

The government submits the attached (c) proposed jury instructions and (d) proposed verdict form. Both have been revised since the versions filed in August 2023 to reflect anticipated changes to the indictment and, with respect to the proposed jury instructions, changes in relevant case law and instructions relevant to lesser-included offenses. As of filing, the government has not yet learned the defense position on the revised version of the jury instructions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/Karen Rochlin
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

By:   s/Craig Estes
Craig Estes
Assistant United States Attorney Detailee
MA BBO No. 670370
1 Courthouse Way
Boston, MA 02210
(617) 748-3605
Craig.Estes@usdoj.gov