UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-53 (CJN) |
| EDWARD JACOB LANG | |

**GOVERNMENT'S PROPOSED VERDICT FORM**

We, the members of the jury, find defendant **Edward Jacob Lang**, as to:

**Count 1:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____   _____
Guilty         Not Guilty

**Count 2:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____   _____
Guilty         Not Guilty

**Count 3:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____   _____
Guilty         Not Guilty

**Count 4:**   **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____   _____
Guilty                                                                                    Not Guilty

**Count 5:**   **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____   _____
Guilty                                                                                    Not Guilty

**Count 6:**   **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____   _____
Guilty                                                                                    Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the following offense:

> **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____   _____
Guilty                                                                                    Not Guilty

**Count 7:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____                                    _____
Guilty                                                                                     Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the following offense:

**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                    _____
Guilty                                                                                     Not Guilty

**Count 8:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon or with Bodily Injury**

_____                                    _____
Guilty                                                                                     Not Guilty

If you have marked Guilty as to Count 8 above, proceed to Count 9. If not, you must consider the following offense:

**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                    _____
Guilty                                                                                     Not Guilty

**Count 9:** **Obstructing Law Enforcement Officers During a Civil Disorder**

_____                                    _____
Guilty                                                                                     Not Guilty

**Count 10:**     **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                              _____
Guilty                                               Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the following lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                              _____
Guilty                                               Not Guilty


**Count 11:**     **Engaging in an Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                              _____
Guilty                                               Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the following lesser included offense:

**Engaging in an Act of Physical Violence in a Restricted Building or Grounds**

_____                              _____
Guilty                                               Not Guilty


**Count 12:**     **Disorderly or Disruptive Conduct within the United States Capitol Grounds or Any Capitol Building**

_____                              _____
Guilty                                               Not Guilty

**Count 13:** **Engaging in an Act of Physical Violence within the United States Capitol Grounds or Any Capitol Building**

_____                                                                        _____
Guilty                                                                                                          Not Guilty


Signed this ____ day of _____, 2024.

                                                                                    _____
                                                                                    Foreperson