

*DISCOVER THE ANSWERS YOU'VE BEEN SEARCHING FOR*

KEY FINDINGS DRAFT

*PRIVILEGED & CONFIDENTIAL*

TO:         Steven Metcalf, Attorney at Law
FROM:     Triton Polling & Research
DATE:      February 2, 2024
SUBJECT:  UNITED STATES VS LANG: Change of Venue Survey

## OVERVIEW

We successfully conducted a multimodal survey with good participation from key demographics in the District of Columbia. Below are key findings.

## KEY FINDINGS

### KEY FINDING #1:

### Almost Universal Awareness of the Events and Coverage of January 6th

A staggering 97.5% of those surveyed say they have "seen, read, or heard" a lot or just some about the events at the Capitol on January 6, 2021. What's even more telling is that 89.7% answered "a lot."

We delved further into awareness and knowledge and asked about how much of the January 6 Select Committee hearings they had watched. Again, the numbers are overwhelming. 78.8% say they watched "a lot" or "just some" with a plurality (45.2%) saying "a lot."

It's clear that the Washington, DC Jury Pool has been inundated with information about January 6 and has had a lot of time to form their own opinions on the events, defendants, and more.

### KEY FINDING #2:

### Fearing for Safety

Beyond knowledge and awareness, we asked respondents if they were "worried about your safety or the safety of someone you know because of the events of January 6, 2021".

Well over half, 56.3% of those surveyed said they feared for their safety or the safety of someone they know. Fear is one of our most base instincts and is nearly impossible to set aside once you're confronted by it.



No other jury pool in the country will have felt this type of fear for their safety as those in the District of Columbia.

## KEY FINDING #3:

### Views of January 6 Participants and Donald Trump Supporters

We asked "what word or phrase best describes the individuals who participated in the events of January 6, 2021".

From the options provided, 76.9% described the J6 participants as either Domestic Terrorists, Insurrectionists, Traitors, Criminals, or Rioters. These are all specific or broad ways of calling people criminals before a hearing has even taken place.

Going further, we asked if respondents agree that "Donald Trump supporters are racists." 69.4% said they agree with that statement and a plurality (37.6%) said they strongly agree.

This is an important number since 89.3% also agree that "Donald Trump is to blame for January 6th".

The numbers become more daunting for Mr. Lang when respondents were asked about describing the events of January 6th. 80% agreed that January 6th was an act of domestic terrorism and 85.8% agreed it was an insurrection.

As we keep presenting the results, the preconceived notions about the defendants in these cases and events of that day become impossible to argue that they can be overcome in pre-trial questioning.

## KEY FINDING #4:

### Wanting January 6 Participants Behind Bars or Executed

The numbers on the following questions speak for themselves.

America is a safer place with the January 6 defendants in prison.
Total Agree:        67.4%
Total Disagree:     17.9%

It is important that those who participated in the events of January 6 are punished to the fullest extent of the law to prevent anything like this from happening again.
Total Agree:        86.4%
Total Disagree:     7.9%



Regardless of what they did, anyone who participated in the events at the Capitol on January 6 should serve prison time.

  Total Agree:   68.8%
  Total Disagree:  22.2%

Donald Trump and his supporters must be stopped at all costs.

  Total Agree:   68.6%
  Total Disagree:  16.9%

The penalty for insurrection, treason, or committing an act of domestic terrorism is life imprisonment or death, which would be a fair punishment for anyone who participated in any of the events of January 6.

  Total Agree:   48.0%
  Total Disagree:  31.9%

This jury pool is not open-minded about the potential case ahead of them. 68.8% want anyone who participated to serve prison time. 86.4% want to see the maximum punishments handed down. And 67.4% think America is safer with the defendants (not those convicted but the defendants) behind bars. Not to mention that nearly half want to see Life in Prison or the Death Penalty as the penalty. Keep in mind that the District of Columbia hasn't put someone to death since 1957.

## KEY FINDING #5:

### Strains on the Jury Pool

When we asked people if they would participate if called for Jury Duty, 60.1% said "Yes, definitely." Another 20.3% said "Yes, if I have to" and 4.8% said "only if I can't find a way out of jury duty."

Combine those numbers with a plurality of respondents (32%) saying they have been called for jury duty in the last 12 months and you have a real jury pool depth problem. In fact, almost half say they have been called for jury duty in the past 2 years and 57.8% say they have been called since the January 6 cases began 3 years ago.

The strain gets even worse when you take into account activist jurors who say they want to be on one of these trials to "make sure the defendant is found guilty and held accountable for the events of that day". Nearly 4 in 10, 39.1% agreed with that statement.



Only 60% would be fully willing to serve on a jury. 39.1% say they want to serve to find the defendant guilty and 32% say they have served in the last year. That is a jury pool under significant strain with only activists left wanting to serve.

## BOTTOMLINE

Our survey, with solid participation from key demographics in Washington, DC, reveals that awareness of the events and participants of January 6, 2021 are widespread and deeply prejudicial.

Furthermore, the jury pool is strained and has been shrinking because of the number of trials the jurisdiction has seen over the last 3 years.

After reviewing the data of the survey, it's hard to see how the voir dire process can possibly address viewing the defendants as insurrectionists, domestic terrorists, racists, and as people who put either your safety or the the safety of someone you know at risk.

Based on the overwhelming data provided, we believe the court should strongly consider a change of venue motion in the case of United States vs Lang.

## PROCESS & METHODOLOGY

Triton Polling & Research specializes in using our 'gold standard' multimodal approach to survey research. This methodology improves the accuracy, reliability, and response rate by increasing the diversity and range of respondents.

For this survey, we used our proven multimodal methodology that included live agent telephone interviews and live agent text-to-web surveys.

Each method targets specific groups to ensure the most comprehensive and accurate results. Additionally, our multimodal approach allows us to survey the diverse populations and hard-to-survey demographics that can be missed by using only one survey mode.

### LIVE AGENT TELEPHONE INTERVIEW SURVEY

Because of its quality and reliability, live agent telephone interview surveys are recognized as the industry's premier interviewing methodology. This method provides the highest quality interviews because with each survey, our interview specialist can clearly communicate the question, confirm the respondent understood the question, and is providing a relevant, thoughtful answer.

This is in contrast to other survey methodologies where the respondent enters their own answers into a web survey or provides written responses on a paper survey. In this circumstance, the respondent can move through questions quickly, perhaps does not carefully read each question, and could give short, less thoughtful answers. With live interview telephone surveys, we can have much higher confidence that each respondent answered each question thoughtfully.

Triton Polling & Research is among the very few survey research firms that own and operate its own call center. This provides us with end-to-end control over the entire survey research process, which is particularly important with respect to quality control.

68.3% of the interviews were conducted using this survey method.

## LIVE AGENT TEXT-TO-WEB SURVEY

Text-to-web survey methodology is a research approach we have mastered over recent years. It allows us to reach different audiences than we can with traditional telephone interviews. For example, some people rarely answer calls from unknown numbers but have proven to be more willing to respond to a text instead.

Text-to-web allows us to capture a slightly different audience than live telephone, and when the two methods are blended together into a single survey sample, they create one of the most accurate survey types in the industry.

## SURVEY DETAILS

Our multimodal methodology featuring live telephone and text-to-web interviews is 98% accurate within the margin of error and helps to limit weighing of results.

The survey has a margin of error of 4.8%, comprised 422 interviews, and was conducted between January 4th and January 8th of 2024.