UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00053 (CJN) |
| v. : | |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant. : | |

JOINT PROPOSED AMENDMENTS TO THE CURRENT
SCHEDULING ORDER

Per the Court's Minute Entry dated August 13, 2024, the parties jointly request that the following amendments be made to the current Scheduling Order (Dkt. 124):

Introduction: that the trial shall commence in this matter on **November 4, 2024**, at 9:00 a.m. in Courtroom 17.

Paragraph 6: that the Joint Pretrial Statement be filed on or before **October 4, 2024**;

Paragraph 7: that electronic copies of parts of the Joint Pretrial Statement be transmitted in Word format by email on or before **October 4, 2024**;

Paragraph 8: that the Supplement to the Joint Pretrial Statement be filed on or before **October 11, 2024**;

Paragraph 9: that electronic copies of the Supplement to Joint Pretrial Statement be transmitted in Word format by email on or before **October 11, 2024**;

Paragraph 10: that the parties shall meet and confer about exhibits and witnesses on or before **October 21, 2024**, to discuss anticipated objections and stipulations for admission;

Paragraph 11: that counsel shall appear for a pretrial conference on **October 28, 2024**, at 2:00 p.m. in Courtroom 17; and

Paragraph 12: that the United States should endeavor to make grand jury and Jencks Acts disclosure as to each witness it expects to call in its case-in-chief by **October 28, 2024**.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


 */s/ Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov


**CERTIFICATE OF SERVICE**

On this 16th day of August 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

 /s/ *Craig Estes*
Craig Estes
Assistant United States Attorney