UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>　　　　*Defendant*. | Criminal Action No. 1:21-cr-53 (CJN) |

**REVISED SCHEDULING ORDER**

　　Trial shall commence in this matter on **November 4, 2024**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. On or before **October 4, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case.</u>  The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions.</u>  The Parties shall indicate the *voir dire* questions that the parties agree to; and the *voir dire* questions that the parties disagree on, with specific objections noted as to each disputed question.

    c. <u>Proposed jury instructions.</u>  The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions.  The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any

1

    modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include. As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

   d. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

2. In addition to filing the Joint Pretrial Statement, on **October 4, 2024**, the Parties shall transmit, in Word format, an electronic copy of the Joint Pretrial Statement by email to the Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

3. On or before **October 11, 2024**, counsel shall file a Supplement to the Joint Pretrial Statement that contains the following:

   a. <u>List of witnesses.</u> The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, including any expert witnesses, divided into the following categories: (1) witnesses who will be called to testify at trial; (2) witnesses who may be called to testify at trial; and (3) witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video. In the list, each witness name should be accompanied by a brief description of each witness's expected

      testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness. The Court will read the list of witnesses to the jury during *voir dire*.

  b. <u>Exhibit lists.</u> The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Ms. Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

  c. <u>Stipulations.</u> The Parties shall submit a draft of any stipulations.

4. In addition, on **October 11, 2024**, the Parties shall transmit, in Word format, an electronic copy of Supplement to the Joint Pretrial Statement to Courtroom Deputy Ms. Courtney Moore at courtney_moore@dcd.uscourts.gov.

5. The Parties shall meet and confer about exhibits and witnesses on or before **October 21, 2024**, to discuss anticipated objections and stipulations for admission.

6. Counsel shall appear for a pretrial conference on **October 28, 2024**, at 2:00 p.m. in Courtroom 17.

//

//

//

7. The United States should endeavor to make grand jury and Jencks Acts disclosures as to each witness it expects to call in its case-in-chief by **October 28, 2024**. Any Brady material not already disclosed also must be disclosed by this date.

August 19, 2024

CARL J. NICHOLS
United States District Judge