**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-53 (CJN)** |
| | : | |
| **EDWARD JACOB LANG,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' UNOPPOSED MOTION FOR A STATUS CONFERENCE**

The United States, through undersigned counsel, respectfully moves this Court to hold a status conference at its earliest convenience to address scheduling for the upcoming November 4, 2024 trial in this case. The United States remains prepared to start the above-captioned trial as set but wishes to inform this Court that the government will be unable to rest its case-in-chief before November 18, 2024, a date that is outside the two-week trial estimate that the parties had provided to this Court.

The prosecution has discussed the trial schedule with counsel for the defendant and as a result has concluded that there are additional matters which may impact scheduling. Steven A. Metcalf, Esq., counsel for the defendant, has advised he does not object to the United States' request for a status conference. The parties do not oppose proceeding by telephone or video-teleconference.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    s/Karen Rochlin
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447

99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov