# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal Action No. 1:21-cr-00053 (CJN) |
| **EDWARD JACOB LANG,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the government's unopposed motion for a status conference.

Accordingly, it is hereby ORDERED AND ADJUDGED that the government's motion is granted. A status conference is set for _____, 2024 at _____.

_____

DATE:                              CARL J. NICHOLS
                                   United States District Judge

1