UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : CR. NO. 21-cr-53 (CJN) |
| | : |
| EDWARD JACOB LANG, | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S STATUS REPORT

The United States of America, through undersigned counsel, respectfully submits this status report in advance of trial in this case, now scheduled to commence November 4, 2024. In its Scheduling Order dated August 19, 2024 (ECF 145) and Minute Order dated October 8, 2024, the Court directed the parties to file a Joint Pretrial Statement containing (a) a neutral statement of the case, (b) proposed *voir dire* questions, (c) proposed jury instructions, and (d) proposed verdict form. Unfortunately, despite ongoing attempts since August 2024, efforts to prepare a joint filing have been unsuccessful. Based on further communications with defense counsel on October 9, 2024, the Government understands that the defendant intends to file separately in response to the Court's Orders; the Government reserves the right to object as necessary to such filings.

Previously, on August 25, 2023, and pursuant to an earlier Scheduling Order (ECF 118), the parties filed: (a) a neutral statement of the case, (b) proposed *voir dire* questions, (c) proposed jury instructions, and (d) proposed verdict form. ECF 119. On August 12, 2024, pursuant to a different Scheduling Order, ECF 124, the Government re-submitted the parties' prior submission for the neutral statement of the case and *voir dire* instructions. ECF 119-1 and ECF 119-2; ECF 138-1 and ECF 138-2. The Government respectfully re-submits those

submissions (attached hereto). In addition, the Government also submitted on August 12, 2024, proposed jury instructions and a proposed verdict form. ECF 138-3 and 138-4. Both were revised from the versions previously filed in August 2023 to reflect anticipated changes to the indictment and, with respect to the proposed jury instructions, changes in relevant case law and instructions relevant to lesser-included offenses. The Government respectfully re-submits those submissions as well (attached hereto).

DATED: Oct. 9, 2024        Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


 /s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov