UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 21-cr-53 (CJN) |
| | : | |
| EDWARD JACOB LANG, | : | |
| | : | |
| Defendant. | : | |

**PREVIOUSLY FILED NEUTRAL STATEMENT OF THE CASE**

Pursuant to an earlier Scheduling Order, ECF 118, the parties submitted the following Statement of the Case. At that time, the parties agreed on the language below except for the italicized portion in the final paragraph to which the United States objected.[1]

This is a criminal case. The United States has charged the defendant, Edward Jacob Lang, with a number of offenses arising from events at the United States Capitol on January 6, 2021, the day on which, according to law, Congress sat in a Joint Session with the Vice President presiding to certify the results of the Electoral College vote for the 2020 presidential election. The United States alleges that within a restricted area of the Capitol and its grounds, defendant Lang forcibly assaulted officers, at times with a deadly or dangerous weapon, inflicted bodily injury, obstructed officers during a civil disorder, and engaged in various forms of disorderly, disruptive, and violent conduct within the restricted area or within the Capitol building and its grounds.

Mr. Lang, who is presumed innocent, denies these charges and has accordingly pled not guilty to each of them. *Mr. Lang contends that he was engaged in the lawful protest and was caught up in what rapidly because a riot.* He has requested a jury trial.

---

[1] The Government understands that the defendant may no longer be seeking to include the italicized language in the final paragraph.