𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔬𝔩𝔲𝔪𝔟𝔦𝔞
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                         Case No. 21-cr-353 (CJN)

       *- against -*

EDWARD JACOB LANG,

                      *Defendant*.
----------------------------------------------------------------X

## **DEFENDANT LANG'S ADDITIONAL PROPOSED VOIR DIRE QUESTIONS**

    COMES NOW the defendant, Lang, by and through undersigned counsel, and respectfully moves this Honorable Court use the following voir dire questions in addition to the government's prior submissions to the Court. Specifically, the following is respectfully submitted.

    1.    On August 12, 2024, the government submitted proposed joint *voir dire* questions for this case. *See* Scheduling Order at ECF #: 124.

    2.    Currently, Mr. Lang does not object to the Government's *voir dire* questions submissions. Nonetheless, Lang wishes to clearly state herein that he reserves such rights to object in the further to the Government's *voir dire* submissions, regardless if such were a part of a joint submission or expressly agreed to in the past.

    3.    The basis of such reservation is the circumstances, government's exhibits and narrative may still change before jury questioning commences; therefore, Lang reserves his right to object to any questions already submitted to the Court.

    4.    Defendant requests that the Court consider the instant *voir dire* questions:

**TO THE PROSPECTIVE JUROR**:

1. To reach a verdict on a particular charge, every juror must agree on the verdict. In other words, every verdict must be unanimous. In deliberations, you must consider the opinions and points of view of you fellow jurors, but you must also follow your own conscience and be personally satisfied that the verdict on any charge is the right one. Would you be able to express your opinions to other jurors even if they disagree with you?

2. You are to decide this case based only on the evidence presented in court and not based on anything you may have learned about the events of January 6 from outside sources such as the news or social media. Can you put aside what you may have already learned about the events of January 6 and any opinions you may have already formed about the people involved in those events when considering the evidence in this case?

3. What social media platforms do you use, how often do you use them, and what do you use them for?

4. What sources do you rely on for your news?

5. Without telling us your address, in what neighborhood do you live? (e.g. Capitol Hill, Penn Quarter, Georgetown, Adams Morgan, etc.)?

    A. How long have you lived there?

    B. Are you a native of D.C.? If not, where did you live previously?

6. Do you think that, if a person entered the U.S. Capitol on January 6 as part of the group of people who stormed the building, that person likely did so because he was trying to stop, delay, or interfere with the certification of Electoral College votes for Joseph Biden as President?

7. Do you think that people who participated in the events at the U.S. Capitol on January 6 are likely guilty of criminal wrongdoing?

8.  If you are selected as a juror in this case, the judge will instruct you to avoid and not seek out media coverage about this case or Mr. Lang. The judge will instruct you not to google or search for information about this case or Mr. Lang on the internet. Do you have any questions or concerns about your ability to follow such instructions?

9.  Do you, any member of your family, or any close friend belong to a group or organization that is active in law enforcement or crime prevention?

10. For example, are you, any member of your family, or any close friend belong to Fraternal Order of Police, Crime Watch, Neighborhood Watch, Crime Stoppers, and online groups that monitor and discuss neighborhood crime issues.

11. What do you do for a living?

    A. How long have you been doing that?

    B. If you are retired, please tell us what you did before you retired.

12. Who is your current employer?

    A. How large is your current employer/company?

    B. Are you self-employed or own your own business?

        i. If self-employed, will your income and livelihood be affected by serving on a jury for longer than two weeks.

    C. Who was your prior employer?

13. What is your educational background?

    A. Do you have a high school diploma or GED?

    B. If you enrolled in college, what is your highest level of completion?

14. What is your martial status?

    A. Have you ever been married?

          B.      Do you have any children?

15. If you are married, or living with another adult, what does that person do for a living?

          A.      If you have adult children, what do they do?

16. What do you like to do in your spare time?

          A.      Do you have any interests or hobbies?

17. Do you participate in any organizations or advocacy groups?

          A.      If so, which ones?

18. Have you ever donated or attended a gathering with a specific political party?

          A.      Ever donate to any organization or individual affiliated with January 6th?

          B.      Ever donate to a social media campaign related to January 6?

          C.      Ever support an organization or cause associated with January 6th?

19. Have you, any member of your family, or any close friend ever attended a political demonstration?

20. Have you, any member of your family, or any close friend ever attended a fundraiser or charitable event?

21. Have you, any member of your family, or any close friend ever donated to a specific cause such as abortion, or a movement such as feminism?

22. Which of the following print publications, cable and or network programs, or online media such as websites, blogs, or social media platforms do you visit, read, or watch? (e.g., New York Times – Wall Street Journal - USA Today - New York Post - New York Daily News - Newsday - Huffington Post - Washinton Post - CNN - Fox News - MSNBC - Newsmax - MSN - Google - Yahoo - Facebook -  or Tik Tok ).

23. Do you listen to or watch podcasts?

    A. If so, which podcasts do you view?

24. Have you every listened to a podcast that was based on January 6 events?

25. Have you ever listened to or watched a documentary based on January 6 events?

26. Do you listen to talk radio? If so, which programs?

27. Have you, a relative, or a close friend ever been the victim of a crime?

    A. If so, please briefly tell us what happened?

28. Have you, a relative, or a close friend ever been employed by a federal, state, or local government?

29. Have you, a relative, or a close friend ever been employed by a law enforcement agency? For example, the police, FBI, U.S. Attorney's Office, Department of Correction, etc.

30. Have you, a relative, or close friend ever been employed in the intelligence field?

31. Have you, a relative or close friend ever had any education, training, or work experience in the legal field, including but not limited to practicing criminal or civil law?

32. Have you, a relative, or close friend had any experience or interaction with the criminal justice system?

33. Have you, a relative, or close friend had any experience or interaction with a police officer or other type of law enforcement agent, which caused you to form an opinion, whether positive or negative, about law enforcement or our criminal justice system?

34. Have you ever served on a jury before?

    A. If so, please tell us how long ago

    B. Whether that was in Criminal Court, Civil Court, or Grand Jury.

    C. Without telling us the verdict, please tell us whether the jury

       reached a verdict.

    D.  If so, what was that experience?

    E.  Would that experience prevent you from being a fair and impartial Juror in this case?

35.  Have you, a relative, or close friend ever attended a march, rally, gathering or participated in a form of civil disobedience?

36.  Have you, a relative, or a close friend ever been accused or convicted of committing a crime?

37.  Do you, a relative, or a close friend have a pending criminal case?

38.  Do you have any political, moral, intellectual, or religious beliefs or opinions, which might prevent you from following the Court's instructions on the law or which might slant your approach to this case?

    A.  Do you have any political, moral, intellectual, or religious beliefs that would interfere with your ability to render a verdict in this criminal case?

    B.  Do you have any strong opinions that would interfere with your ability to render a verdict in this criminal case?

39.  Do you have a health condition that might interfere with your ability to be here on the appointed days and times or otherwise prevent you from serving as a juror?

40.  Do you have any close family with a health condition that might interfere with your ability to be here on the appointed days and times or otherwise prevent you from serving as a juror?

41.  Without telling us the name, do you take any medication that would prevent you from being able to concentrate or pay attention during the proceedings or during the deliberations.

42.  Court proceedings normally end around 5:00 in the afternoon though on rare

occasions, we might work beyond that. Would your schedule and responsibilities permit you to work later if it were absolutely necessary to complete that day's work?

43. Do you practice a religion that would prevent you from sitting as a juror on any particular weekday or weeknight?

44. Can you give us an assurance that you will be fair and impartial and not base your your decision in this case upon a bias or prejudice in favor of or against a person who may appear in this trial, on account of that person's race, color, national origin, ancestry, gender, gender identity or expression, religion, religious practice, age, disability, sexual orientation, or political views?

45. Can you promise to guard against allowing stereotypes or attitudes about individuals or about groups of people, referred to as an implicit bias, influence your decision?

46. Have you, a relative, or a close friend ever worked for any Company of organization that is owned or run by Donald Trump of anyone in his family?

47. Have you, a relative, or a close friend ever attended a rally of campaign event for Donald Trump?

48. Do you currently follow Donald Trump on any social media site or have you done, so in the past?

49. Have you ever attended a rally or campaign event for any anti-Trump group or organization?

50. Do you currently follow any anti-Trump group or organization on any social media site, or have you done so in the past?

51. Have you ever considered yourself a supporter of or belonged to any of the following: (A) the QAnon movement, (B) Proud Boys, (C) Oathkeepers, (D) Three Percenters,

(E) Boogaloo Boys, (F) Antifa, and (G) Black Lives Matter.

52. Do you have any strong opinions or firmly held beliefs about what occurred on January 6, 2021, at the US Capitol?

53. Do you have any feelings of opinions about how January 6 protestors are being treated in the court system?

54. Were you, a relative, or a close friend financially effected based on January 6, 2024?

55. Do you have any strong opinions or firmly held beliefs about former President Donald Trump, or the fact that many January 6 protestors supported him in his challenges to the 2020 presidential election?

56. Would those opinions or beliefs interfere with your ability to be a fair and impartial juror?

57. Have you read (or listened to audio) of any of the following books, articles or podcasts by Ryan Reilly, Roger Parloff or Jordan Fischer? If so, please let us know if what you have heard or read affects your ability to be a fair and impartial juror in this case?

58. Do you believe there were irregularities in the 2020 presidential election?

59. Do people, such as American citizens, have the right to believe the election was stolen, tampered with, or involved irregularities?

60. Do people have the right to challenge a presidential election that they believe was stolen or rigged?

61. What are your thoughts on people who do believe the 2020 presidential election was stolen or rigged?

62. Do you have any opinions about people who felt so strongly and sincerely about

the 2020 election that they travelled from all parts of the country to attend a "Stop the Steal" rally?

63. Are you aware of any individual who passed away on January 6, 2021, at the United States Capitol?

64. If so, do you know the name of such person[s]?

    A. If not, are you aware of their gender?

    B. If not, are you aware if the individual was a protestor or officer?

    C. Do you know how many people died as a result of January 6, 2021?

65. During the course of the trial, you may hear testimony from or about a number of people. We will now identify for you the names of people who may testify or about whom you may hear testimony. Listen carefully to see if you recognize or know any of the people named.

    A. [Do you recognize any of these names?] Kevin D. Greeson, Roseanne Boyland, Benjamin Phillips, Ryan Sicknick, Jeffrey Smith, Howard Liebengood, Ashli Babbitt, Paul McKenna, Reggie Tyson, or Micheal Byrd?

    B. If you heard any of these names, have you watched any videos or read any articles regarding such person in relation to January 6, 2021?

66. Have you learned about the events on January 6th surrounding a person's life from other sources, such as podcasts or written publications? If so, which ones, and how often do you review them?

67. Have you seen any vigil in Washington, DC relating to January 6, 2021?

68. Have you been following the investigation of the events of January 6, 2021, at the United States Capitol in the news media or on the internet?

69. Have you heard about the January 6th Committee?

70. Jurors are the sole judges of the facts, but they must follow the Court's instructions on the law. The jury may not choose to follow some instructions but not others, and even if a juror dislikes, disagrees, with, or does not understand the reasons for some of the rules, it is the jury's duty to follow those instructions. Will any of you have any difficulty following the Court's legal instructions?

71. Can you promise to set aside anything you may have heard or read about this case and render your verdict based solely on the evidence presented in this courtroom and the law as given to you by the judge?

72. Can you give us your absolute assurance that you will refrain from discussing this case with anyone in any manner and from watching, reading, or listening to any accounts of this case during the pendency of the trial?

73. Can you assure us that you will follow the judge's instructions on the law, including instructions on the definition of reasonable doubt and the presumption of innocence?

74. The United States Constitution provides that a defendant has no burden to introduce any evidence or to testify in a criminal case. If Mr. Lang chooses not to testify, or to introduce any evidence, can you give us your assurance that you will not hold that against him?

75. Is there any reason, whether it be a bias or something else, that would prevent you from being fair and impartial if you are selected as a juror for this case?

Dated: New York, New York
      October 4, 2024                      Respectfully Submitted,
                                                _____/s/_____
                                                  STEVEN A. METCALF II, ESQ.
                                                  Metcalf & Metcalf, P.C.
                                                  99 Park Avenue, Suite 810
                                                  New York, NY 10016
                                                  (*Office*) 646.253.0514 (*Fax*) 646.219.2012