**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-CR-53 (CJN) |
| | ) |
| EDWARD JACOB LANG, | ) |
| | ) |
| *Defendant*. | ) |

_____

## DEFENDANT'S STATEMENT OF THE CASE

This is a criminal case entitled *United States v. Edward Jacob Lang*, and is brought against Mr. Lang based on the allegations set forth in the Second Superseding Indictment.

The government alleges that the charges relate to the proceedings and events that took place before Congress on January 6, 2021. The government further alleges that within a restricted area of the Capitol and its grounds, defendant Lang assaulted, resisted, opposed, impeded, intimidated or interfered with officers; obstructed, impeded or interfered with officers during a civil disorder; and engaged in disorderly, disruptive and violent conduct within the restricted area or within the Capitol building and its grounds.

Mr. Lang has pleaded not guilty to all charges and is presumed innocent under the Constitution and laws of the United States.

The government bears the burden of proving each defendant guilty beyond a reasonable doubt. Mr. Lang has requested a jury trial.

| FOR THE UNITED STATES: | FOR THE DEFENSE: |
|---|---|

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

_____      s/
Karen Rochlin     Steven A. Metcalf, II Esq.
DC Bar No. 394447     Metcalf & Metcalf, P.C.
Capitol Riot Detailee     99 Park Avenue, 6th Floor
99 N.E. 4th Street     New York, New York 10016
Miami, Florida 33132     (646) 253-0514
karen.rochlin@usdoj.gov     metcalflawnyc@gmail.com
(786) 972-9045

Craig Estes     Anthony Sabatini
Assistant U.S. Attorney Detailee     411 N. Donnelly St.
John Joseph Moakley Federal Courthouse     Suite #313
1 Courthouse Way     Sabatini Law Firm P.A.
Boston, MA 02210     Mount Dora, FL 32757
(617) 748-3100     (352) 455-2928
Email: craig.estes@usdoj.gov     Anthony@SabatiniLegal.com