UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : CR. NO. 21-cr-53 (CJN) |
| | : |
| EDWARD JACOB LANG, | : |
| | : |
| Defendant. | : |

## JOINT STATUS REPORT

The parties, through undersigned counsel, respectfully submit this status report in advance of trial in this case, now scheduled to commence November 12, 2024. Attached hereto, please find (1) a neutral statement of the case; (2) proposed voir dire questions; (3) proposed jury instructions; and (4) a proposed verdict form.

FOR THE UNITED STATES:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

 /s/
Karen Rochlin
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov

FOR THE DEFENSE:

 /s/
Steven A. Metcalf, II Esq.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Floor
New York, New York 10016
(646) 253-0514
metcalflawnyc@gmail.com

Anthony Sabatini
Attorney
Sabatini Law Firm P.A.
411 N Donnelly St
Suite #313
Mount Dora, FL 32757
(352)-455-2928
Anthony@SabatiniLegal.com