UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 21-cr-53 (CJN) |
| | : | |
| EDWARD JACOB LANG, | : | |
| | : | |
| Defendant. | : | |

**PROPOSED JOINT STATEMENT OF THE CASE**

Pursuant to this Court's Minute Order dated October 10, 2024 and Revised Scheduling Order (ECF 145), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, submit the following joint Statement of the Case. The defendant objects to language in italics and requests the additional language in bold.

This is a criminal case. The United States has charged the defendant, Edward Jacob Lang, with a number of offenses arising from events at the United States Capitol on January 6, 2021, the day on which, *according to law, Congress sat in a Joint Session with the Vice President presiding to certify the results of the Electoral College vote for the 2020 presidential election*. The United States alleges that within a restricted area of the Capitol and its grounds, defendant Lang *forcibly* assaulted **[defendant requests adding: resisted, opposed, impeded, intimidated or interfered with]** officers, at times with a deadly or dangerous weapon, inflicted bodily injury, obstructed officers during a civil disorder, and engaged in various forms of disorderly, disruptive, and violent conduct within the restricted area or within the Capitol building and its grounds.

Mr. Lang, who is presumed innocent, denies these charges and has accordingly pled not guilty to each of them. He has requested a jury trial.

[Defense proposes adding the following language: Mr. Lang is presumed innocent under the Constitution and laws of the United States. The government bears the burden of proving each element beyond a reasonable doubt.]

FOR THE UNITED STATES:

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:

     s/
    Karen Rochlin
    DC Bar No. 394447
    Capitol Riot Detailee
    99 N.E. 4th Street
    Miami, Florida 33132
    karen.rochlin@usdoj.gov
    (786) 972-9045

    Craig Estes
    Assistant U.S. Attorney Detailee
    John Joseph Moakley Federal Courthouse
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3100
    Email: craig.estes@usdoj.gov

FOR THE DEFENSE:

     s/
    Steven A. Metcalf, II Esq.
    Metcalf & Metcalf, P.C.
    99 Park Avenue, 6th Floor
    New York, New York 10016
    (646) 253-0514
    metcalflawnyc@gmail.com

    Anthony Sabatini
    Attorney
    Sabatini Law Firm P.A.
    411 N Donnelly St
    Suite #313
    Mount Dora, FL 32757
    (352)-455-2928
    Anthony@SabatiniLegal.com