UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**EDWARD JACOB LANG,**<br><br>   Defendant. | Case No. 1:21-cr-00053-CJN |

### NOTICE OF FILING PROPOSED SCHEDULING ORDER

The United States of America, through undersigned counsel, and respectfully provides notice as follows regarding this Court's instruction directing the parties to file a revised scheduling order based on a December 2, 2024 trial date:

1. On November 4, 2024, chambers sent instructions to the parties to file a revised proposed scheduling order by 5:00 p.m. on November 5, 2024.

2. The government's proposed revised scheduling order is attached to this notice.

3. Since receiving instructions from chambers, the government attempted to confer with opposing counsel about the revised schedule but has been unable to do so. Accordingly, the attached represents the government's version of a proposed scheduling order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida

99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov

2