UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00053 (CJN) |
| v. : | |
| : | |
| EDWARD JACOB LANG, : | |
| : | |
| Defendant. : | |

## JOINT REVISED PRETRIAL SCHEDULING ORDER

The trial shall commence in this matter on **December 2, 2024**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. By **November 8, 2024**, the Parties shall exchange pre-marked exhibits, and be prepared to raise objections to any proposed exhibit at the Pretrial Conference;

2. By **November 8, 2024**, the Parties shall submit a draft of any stipulations;

3. By **November 15, 2024**, the Parties shall meet and confer about exhibits and witnesses, to discuss anticipated objections and stipulations for admissions.

4. By **November 15, 2024,** counsel for the defendant shall identify and disclose the Court and the counsel for the government each witness the defense intends to call with a privilege against self-incrimination, so the Court may address any need to appoint conflict-free counsel for any such witness. The United States shall identify any defense witness that it believes may require conflict-free counsel by **November 16, 2024**.

5. Counsel shall appear for a pretrial conference on **November 19, 2024, at 9:30 a.m. in Courtroom 17**; and

6. Both parties shall endeavor to make Jencks Acts disclosures as to each witness each party expects to call in its case-in-chief by **November 19, 2024**. Any Brady material not already disclosed also must be disclosed by this date. The government shall endeavor to disclose

discoverable grand jury material not previously produced by this date.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052


/s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov