United States District Court
For the District of Columbia
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                              Case #: 21-cr-0053 (CJN)

                *v.*

EDWARD JACOB LANG,

                                  *Defendant*.
-----------------------------------------------------------------X

## MOTION TO CONTINUE TRIAL DATE

      EDWARD JACOB LANG, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, and with assistance from counsel, and hereby submits this declaration in support of his motion to continue trial. In support of such claims, I hereby attest that the following statements are true and correct:

### INTRODUCTION

      Comes now the Defendant, Edward Lang, and herein respectfully moves this Court for an order continuing the trial date currently scheduled, in light of significant developments in the political and judicial landscape that bear directly on the administration of justice in this matter. The Defendant submits that it would serve the interests of justice, judicial economy, and federal resources to grant this continuance.

## ARGUMENT

**1. Likelihood of Presidential Pardon or Dismissal by New Administration**

The upcoming inauguration of President Donald J. Trump on January 20, 2025, signals a seismic shift in federal policy regarding January 6 defendants. President Trump has repeatedly and publicly indicated his intent to issue pardons to those he views as victims of a politicized Department of Justice. Furthermore, Congressman Matt Gaetz, widely anticipated to serve as Attorney General, has expressed his commitment to reassessing and potentially dismissing many January 6 prosecutions, including cases like this one.

To proceed with this trial under the shadow of these political realities would not only risk rendering the process moot but would also squander the limited resources of this Court and the Department of Justice. Judge Nichols has already acknowledged these concerns by granting continuances in three other January 6 cases, precisely to avoid unnecessary expenditure of time and resources.

**2.    Restoring Public Faith in the Judiciary**

The American people have lost confidence in the impartiality of the judicial system as it pertains to January 6 prosecutions. These cases have been plagued by accusations of selective enforcement, political bias, and prejudiced jury pools. Allowing this trial to proceed now, rather than granting a continuance, would reinforce public perception of a two-tiered justice system—one that

disproportionately targets supporters of President Trump while ignoring similar conduct by others.

To restore faith in the judiciary, this Court must take a stand against the Department of Justice's ongoing politicized "witch hunt" and demonstrate that fairness and justice remain paramount in these proceedings.

3. **Judicial Precedent for Continuances in January 6 Cases**

This Court need look no further than its own docket to find support for this motion. Judge Nichols has already continued trials for three other January 6 defendants to avoid unnecessary proceedings ahead of the anticipated shifts in prosecutorial policy. Similarly, Judge Contreras recently granted a continuance in the felony trial of Mr. Pope, citing similar concerns.

The growing trend among federal judges to delay these cases reflects a prudent recognition that the political climate and prosecutorial direction are in flux. A continuance in Mr. Lang's case would be consistent with this evolving judicial approach and serve to preserve the integrity of the proceedings.

4. **Defendant's Counsel and Ongoing Medical Recovery**

The Defendant's legal counsel is currently recovering from surgery and has expressed ongoing concerns about stamina and the ability to adequately prepare for trial in the near term. This Court has previously acknowledged the importance of ensuring that defendants have fully capable representation. A continuance would

ensure that Mr. Lang is afforded the robust defense to which he is constitutionally entitled.

In light of the high likelihood of a Presidential Pardon or dismissal of charges by the incoming administration, the need to restore public trust in the judiciary, the precedent set by this and other courts in January 6 cases, and the ongoing health concerns of Defendant's counsel, this Court should grant Mr. Lang's motion for a continuance.

It is neither just nor efficient to subject the Defendant to a show trial in front of a prejudiced jury pool under a prosecution marred by political bias. The cries for justice, fairness, and accountability are deafening, and this Court has an opportunity to heed them.

Wherefore, the Defendant respectfully requests that this Court continue the trial until after January 20, 2025, to allow the incoming administration to address these cases.

Dated:  11/15/2024

                                                      **/s/ E. Lang**
                                                        Edward Lang

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served today, November 16, 2024, upon all counsel for all parties to this proceeding through the court's electronic filing system ("ECF").

/s/

_____

STEVEN A. METCALF II
*Attorney for Lang*

Dated: 11/16/2024