In the United States District Court
For the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-CR-53 (CJN) |
| ) | |
| EDWARD JACOB LANG, ) | |
| ) | |
| *Defendant*. ) | |

**MOTION FOR ADMISSION PRO HAC VICE FOR DAVID K. CLEMENTS**

Pursuant to Local Criminal Rule 44.1(c), Steven Alan Metcalf, II, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of DAVID K. CLEMENTS in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. I am the *Founding and Managing Attorney* with Metcalf & Metcalf, P.C., located at 99 Park Avenue, Suite 810 Floor, New York, NY 10016. Our fax number is 646.219.2012, and our office number is 646.253.0514. My direct cell phone number is 631.521.1499, and my primary email is metcalflawnyc@gmail.com.

3. In 2013, I was admitted to practice in the state of New York before the Appellate Division, Second Judicial Department. Since such time, I have remained a current and active member in good standing of the State Bar of New York State (5158472). My practice also encompasses federal criminal and civil matters, where I admitted to practice before the following federal jurisdictions: United States District Court, Southern District

of New York (SDNY, 2014); United States District Court, Eastern District of New York (EDNY, 2014); United States District Court, Western District of New York (WDNY, 2021); United States District Court, District of Columbia (2021); United States Court of Appeals for the Second Circuit (2017, Bar ID: NY0404); and the United States Court of Appeals for the District of Columbia Circuit (2023, Bar ID: 64221).

4. I am a member in good standing of all the jurisdictions I am admitted to practice. Further, there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a crime, including a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. Attorney DAVID KALE CLEMENTS maintains law offices at 2251 La Paloma Dr., Las Cruces, NM 88011-5080. His office number is (575) 339-6804. Also enclosed herein is a certificate of good standing within the last 30 days, establishing he has been a member in good standing of the New Mexico State Bar.

6. As set forth in the attached declaration, Mr. Clements has been an active member in good standing in the State of New Mexico since September 20, 2010.

7. No state bar has disciplined Mr. Clements.

8. This is the only time Mr. Clements has appeared pro hac vice before this court in the last two years.

9. Professionally, I have known attorney Clements since 2022. He has gained my respect during the course of my association with him.

10. Mr. Clements has expressed that he wishes to be admitted to this Court, but for the purposes of time and to allow him to perfect his full application, we are seeking that he be admitted for this case as soon as possible.

11. Defendant JACOB EDWARD LANG, wishes to have Mr. Clements involved in this case based on their relationship and Mr. Clements's expertise in this area of law.

12. Based on the above, it is respectfully submitted that Mr. Clements be admitted for this matter *pro hac vice*. I thank the Court in advance for considering this application.

Dated: November 18, 2024

Respectfully Submitted,

*SAMetcalf*
_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com



## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

## Certificate

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **DAVID KALE CLEMENTS** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **September 20, 2010**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 29th day of October, 2024.

_____
Elizabeth A. Garcia
Chief Clerk of the Supreme Court
of the State of New Mexico

By:_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served today, November 18, 2024, upon all counsel for all parties to this proceeding through the court's electronic filing system ("ECF").

_____
STEVEN A. METCALF II
*Attorney for Plaintiff*

Dated: 11/18/2024