In the United States District Court
For the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-CR-53 (CJN) |
| | ) |
| EDWARD JACOB LANG, | ) |
| | ) |
| *Defendant*. | ) |

**PROPOSED ORDER**

Upon consideration of the Motion by Steven Alan Metcalf, II, for the admission *pro hac vice* of David K. Clements, it is hereby ORDERED that the Motion is GRANTED. David K. Clements is ADMITTED *pro hac vice* and may appear for Defendant Edward Jacob Lang in the above-captioned matter.

Applicant has declared that he is a member in good standing of the bar of the State of New Mexico and that his contract information is as follows:

| | |
|---|---|
| Applicant's Name: | David K. Clements |
| Address: | 2251 La Paloma Dr |
| City/State/Zip: | Las Cruces, NM 88011 |
| Telephone: | (575) 339-6804 |
| Email: | davidkclements13@protonmail.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Edward Jacob Lang.

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the District of Columbia.

IT IS HEREBY UNDERSTOOD that all attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  November 18, 2024

_____
United States District Judge