UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>Defendant. | Case No. 1:21-cr-00053-CJN |

## NOTICE REGARDING TRIAL DATE

The United States of America, through undersigned counsel, files this Notice in response to the Court's November 19 Order directing the Government to give notice by November 22 as to a new date (between January 27 and mid-March 2025) on which to commence trial in this case. The Government respectfully requests that trial begin the week of <u>January 27, 2025</u>.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 */s/ Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

(617) 748-3100
Craig.Estes@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this date, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Craig Estes*
Craig Estes
Assistant U.S. Attorney (detailee)