**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 1:21-cr-53 (CJN) |
| EDWARD JACOB LANG, | |
| *Defendant*. | |

## <u>THIRD REVISED SCHEDULING ORDER</u>

Trial shall commence in this matter on **February 3, 2025**, at 9:00 a.m. in Courtroom 17. The following deadlines shall govern the remaining pretrial proceedings:

1.      By **January 10, 2025**, the Parties shall exchange pre-marked exhibits, and be prepared to raise objections to any proposed exhibit at the Pretrial Conference.

2.      By **January 10, 2025**, the Parties shall submit a draft of any stipulations.

3.      By **January 17, 2025**, the Parties shall meet and confer about exhibits and witnesses, to discuss anticipated objections and stipulations for admissions.

4.      By **January 17, 2025**, counsel for the defendant shall identify and disclose to the Court and counsel for the government each witness the defendant intends to call with a privilege against self-incrimination, so the Court may address any need to appoint conflict-free counsel for any such witness.  The United States shall identify any defense witness that it believes may require conflict-free counsel by **January 20, 2025**.

5.      Counsel shall appear for a pretrial conference on **January 29, 2025**, at **12:30 p.m. in Courtroom 17**.

6.      Both parties shall endeavor to make Jencks Acts disclosures as to each witness each

party expects to call in its case-in-chief by **January 23, 2025**.  Any Brady material not already disclosed also must be disclosed by this date.  The government shall endeavor to disclose discoverable grand jury material not previously produced by this date.

December 5, 2024

CARL J. NICHOLS
United States District Judge